IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

ELIZABET VEGA MENDOZA

DEBTOR(S)

CASE NO. 21-00479-MCF

CHAPTER 13

**AMENDED DOCUMENT**

## TRUSTEE'S REPORT ON CONFIRMATION

1. The applicable commitment period (years) is: 3

2. The liquidation value of the estate is :$ 0.00

3. The general unsecured pool is :$ 0

AMENDED PLAN DATE: May 06, 2021      PLAN BASE: $19,196.00

TRUSTEE'S REPORT ON CONFIRMATION DATED: 7/27/2021

[ ] FAVORABLE         [X] UNFAVORABLE

1. [X] FEASIBILITY 11 USC § 1325(a)(6):

$316 in arrears under proposed plan that belongs to payment of March 2021 (1st plan payment).

2. [X] INSUFFICIENTLY FUNDED § 1325(b):

Even if debtor prevails in her objection to First Bank claim 3 the plan will be insufficiently funded to pay secured creditors.

[X] OTHER:

1) Pending adjudicaion of debtor's objection to claim 3 filed by First Bank and creditor's response (Dkt's 21 & 24). 2) Debtor has yet to comply with the Order entered on June 25, 2021, at Docket 27.

NOTICE: This report anticipates Trustee's position as per 11 USC § 1302(b)(2) a copy of which has been served upon counsel for debtor(s). Copies are available to parties in interest at the Trustee's Office.

/s/ Miriam Salwen Acosta
Miriam Salwen Acosta

Atty: GERMAN A RIECKEHOFF

USDC # 208910
**ALEJANDRO OLIVERAS RIVERA**
Chapter 13 Trustee
PO Box 9024062, Old San Juan Station
San Juan PR 00902-4062
CMC - WG