## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **IN THE MATTER OF:** | **Case No.   21-00479-EAG13** |
| *ELIZABET VEGA MENDOZA*<br>Debtor | **Chapter   13** |
| ———————————— | |
| **FIRSTBANK PUERTO RICO**<br>Movant | |
| *ELIZABET VEGA MENDOZA*<br>Debtor | |
| **ALEJANDRO OLIVERAS RIVERA**<br>Chapter 13 Trustee | |
| **Respondents** | |

### MOTION FOR RELIEF FROM STAY

**TO THE HONORABLE COURT:**

   **COMES NOW, FIRSTBANK PUERTO RICO,** hereinafter referred to as (**Movant**), which is the entity that has the right to foreclose by virtue of being the owner and holder of the note, through the undersigned counsel and very respectfully states, alleges and prays as follows:

   1.    Jurisdiction is granted by 28 U.S.C. § 1334 and by 28 U.S.C. 362(d)(1) § 157, and this is an action pursuant to 11 U.S.C § 362 (01) and/or § 362(d) (2).

   2.    On *February 17th, 2021,* debtor filed a Bankruptcy petition for relief under Chapter 13 of Title 11 of the Bankruptcy Code (11 U.S.C.A. §101 et seq.) (Docket #1)

3.     **Movant** holds a secure claim against Debtor's estate, by virtue of being the holder in due course of a Mortgage note in the principal amount of **$119,050.00**, in favor of **E.M.I EQUITY MORTGAGE, INC.**, plus interest at an annual rate of **6.00%**, dated **February 16th, 2007**, which encumbers Debtor real property located at **61 Pasto Viejo Ward, Cayey, Puerto Rico 00736**. Exhibit I.

4.     To guarantee the aforementioned mortgage note, the debtors, subscribed a first mortgage deed number **56,** in the amount of **$119,050.00**, executed before notary public **David Cardona Dingui,** on **February 16th, 2007**. Loan was modified on April 30th, 2015, deed number 139, before notary public Laura Cristina Rivera Sorrentini. Exhibit II.

5.     **Movant** directly or through an agent has possession of the note and is the holder on the above related mortgage note as evidence by the endorsement to note attached to the note.

6.     As of **August, 24th, 2022**, debtor is indebted to Movant in the principal sum of **$119,045.52,** plus interest and advances. Said debt is secured by the mortgage upon property made reference to in paragraph three (3).

7.     Debtor is in arrears 18 post-petition payments for a sum of $11,665.98, late charges for a sum of $448.92, attorney fees for a sum of $300, plus a filing fee of $188, for a total post-petition arrearage of **$12,602.90**. See Exhibit III.

8.     The debtor has failed to provide Movant with adequate

protection of its secure interest in the property made reference to in paragraph three (3), and their failure to keep current with their payments to Movant is sufficient cause for this Honorable Court to grant the relief herein requested, 11 U.S.C. §362(d)(1).

9. That Debtor has failed to provide **Movant** with adequate protection of its secured interest in the property made reference to in paragraph two (2), and his failure to keep current with his payments to **Movant** is sufficient cause for this Honorable Court to grant the relief herein requested. 11 U.S.C. §362(d)(1).

10. That **ALEJANDRO OLIVERAS RIVERA** is the duly appointed Chapter 13 Trustee in this case.

11. Debtor's filed a Amended Chapter 13 Payment Plan dated **November 3rd, 2021, docket 47.** See Exhibit IV.

12. Debtor material default of payments due under the security agreement and plan not only constitutes reason for dismissal of the case, but as a noncompliance with the terms and conditions under the mortgage agreement also constitute cause under the Bankruptcy Code to justify the lifting of stay in order to protect movant's rights as a secured creditor. **In re Taylor**, 151 B.R. s646, 648 (E.D.N.Y. 1993)

A debtor's failure to make regular mortgage payments as they become due constitutes sufficient cause to lift the automatic stay.

13. Cause exist to lift the automatic stay under 11 U.S.C.A. §362 (d)(1).

14.    In view of the foregoing movant respectfully request for an order lifting the automatic stay.

15.    On **November 4TH, 2021, "Movant"** filed secured proof of claim, under **3-3**. In the event that the remedy herein requested is granted, the appearing party respectfully requests from this Honorable Court that the Chapter 13 Trustee be ordered to discontinue disbursing payments to **"FIRSTBANK PUERTO RICO"** on account on account of any pre-petition secured arrears.

16.    As per investigation performed at the Department of Defense Manpower Data Center, and according to our records, debtor is not in active military duty.  Unsworn Statement under Penalty of Perjury is attached with the pertinent Military Status Report of the Department of Defense. See Exhibit V.

17.    For the reasons stated before, through this motion, relief from the automatic stay of an act against the property located at **61 Pasto Viejo Ward Cayey, Puerto Rico 00736**, is being sought.

**WHEREFORE, Movant** respectfully prays to this Honorable Court for an Order granting relief from §362 automatic stay and condemning debtor(s) to pay **Movant** for attorney's fees and the cost of this process.  The order will allow **Movant** to commence or continue with the foreclosure process of its mortgage over debtor's property at **61 Pasto Viejo Ward Cayey, Puerto Rico 00736**.

**NOTICE**

Within fourteen (14) days after service as evidenced by the certification, and additional three (3) days pursuant to Fed. R. Bankr. P. 9006 (f) if you were served by mail, any party against whom this paper has been served, or any party to the action who objects to the relief sought herein, shall serve and file and objection or other appropriate response to this paper with the Clerk's Office Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise, pursuant to Rule 9013-1 (c)(1).

**I HEREBY CERTIFY** that on this same date we electronically filed the present motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to debtor's attorney German A Rieckehoff and by mail to 273 Uruguay St. Centrum Plaza, Apt. 5A, San Juan, Puerto Rico 00917, and a copy of this motion has been sent by certified mail to debtor Elizabeth Vega Mendoza, 3021 35th St. Fort Campbell, KY 42223, and Chapter 13 Trustee Alejandro Oliveras Rivera at PO Box 90244062, San Juan, Puerto Rico 00902-4062.

**RESPECTFULLY SUBMITTED.**

In Ponce, Puerto Rico, this 9th of September of 2022.

MARJALIISA COLON-VILLANUEVA
Federal Bar No. 228002
Postal PO Box 7970
Ponce, Puerto Rico 00732
Tel. 787-843-4168
Fax 787-840-1049
Email marjaliisacolon@gmail.com
      colonlawoffice@yahoo.com
/S/ MARJALIISA COLON-VILLANUEVA

FHA CASE NO.

EXHIBIT I

# - - - - - - - - - - MORTGAGE NOTE - - - - - - - - - -
# - - - - - - - - - - - - PAGARE HIPOTECARIO - - - - - - - - - - - - -

US $ 119,050.00                                                                FEBRUARY 16  2007

1.   "Borrower" means each person signing at the end of this Note, and the
1.   "Deudor Hipotecario" significa cada persona que firma al final de este Pagaré y sus

person's successors and assigns.  "Lender" means E.M.I. EQUITY MORTGAGE, INC.----
sucesores y cesionarios. "Acreedor Hipotecario" significa ----------------------------
------- -----------------------------------------------------------------------
---------------------------------------------------------------------------------

and its successors and assigns.-----------------------------------------------
y sus sucesores y cesionarios.------------------------------------------------------

2.   In return for a loan received from Lender, Borrower promises to pay
2.   A cambio de un préstamo recibido del Acreedor Hipotecario, el Deudor Hipotecario se

the principal sum of ONE HUNDRED NINETEEN THOUSAND FIFTY DOLLARS----------------------
obliga a pagar la cantidad principal de -------------------------------------------

Dollars (U.S.$ 119,050.00----------------), plus interest, to the order of the
----------------------------- Dólares (U.S.$ ---------), más intereses, a la orden

Lender.   Interest will be charged on unpaid principal, from the date of
del Acreedor Hipotecario.  Se cargará intereses sobre el principal adeudado, desde la fecha

disbursement of the loan proceeds by Lender, at the rate of SIX--------------
en que el Acreedor Hipotecario desembolse el producto del préstamo a razón de ------------

---------- per cent (6.00--- %) per year until the full amount of principal
---------- por ciento ( -------- %) anual hasta que el principal haya sido totalmente

has been paid.-------------------------------------------------------------
pagado.---------------------------------------------------------------------

3.   Borrower's promise to pay is secured by a mortgage that is dated the
3.   La obligación de pagar del Deudor Hipotecario está garantizada por una hipoteca, otor-

same date as this Note and called the "Security Instrument".  The Security
gada en la misma fecha de este Pagaré, denominada "Hipoteca".  La Hipoteca protege al Acree-

Instrument protects the Lender from losses which might result if Borrower
dor Hipotecario de pérdidas que podrían resultar si el Deudor Hipotecario incumpliere con los

defaults under this Note.-------------------------------------------------
términos de este Pagaré.----------------------------------------------------

4.   (A)  Borrower shall make a payment of principal and interest to Lender
4.   (A)  El Deudor Hipotecario hará un pago de principal más intereses, al Acreedor Hipo-

on the first day of each month beginning on APRIL 1ST.------- , 200 7 .  Any
tecario el primer día de cada mes, comenzando en ----------- de 200 .  Cualquier prin-

principal and interest remaining on the first day of MARCH 1ST--, 20 37 , will
cipal más intereses adeudados al día primero de ------------- del 20---- , vencerá en esa

be due on that date, which is called the maturity date.--------------------
misma fecha que es denominada la fecha de vencimiento.------------------------------

     (B)  Payment shall be made at the address notified to Borrower at
     (B)  El pago será efectuado en la dirección notificada al Deudor Hipotecario en el

closing or at such place as Lender may designate in writing by notice to
cierre o en cualquier otro lugar que el Acreedor Hipotecario designe por escrito con notifi-

Borrower.-----------------------------------------------------------------
cación al Deudor Hipotecario.------------------------------------------------

     (C)  Each monthly payment of principal and interest will be in the
     (C)  Cada pago mensual de principal más intereses será por la cantidad de ----------

'int of SEVEN HUNDRED THIRTEEN DOLLARS AND SEVENTY SIX CENTS----- (U.S.$ 713.76--
                                                            (U.S.$ ------

REDACTION LANGUAGE:
This document has been redacted to exclude personal identifiable customer information (PII).

This amount will be part of a larger monthly payment required by the Secu-
Esta cantidad es parte de un pago mensual mayor, requerido por la Hipoteca que será apli-

rity Instrument, that shall be applied to principal, interest and other
cado al principal, intereses y a otros conceptos en el orden descrito en la Hipoteca.--------

items in the order described in the Security Instrument. ------------------
----------------------------------------------------------------------------------

5.    Borrower has the right to pay the debt evidenced by this Note, in
5.    El Deudor Hipotecario tiene el derecho de pagar la deuda evidenciada por este Pagaré,

whole or in part, without charge or penalty, on the first day of any month.
total o parcialmente, sin recargo ni penalidad, el primer día de cualquier mes.  El Acreedor

Lender shall accept prepayment on other days provided that Borrower pays
Hipotecario aceptará el prepago cualquier otro día siempre que el Deudor Hipotecario pague

interest on the amount prepaid for the remainder of the month to the extent
intereses en la cantidad prepagada por el resto del mes requerido por el Acreedor Hipotecario

required by Lender and permitted by regulations of the Secretary.   If
y permitido por la reglamentación del Secretario.  Si el Deudor Hipotecario hace prepagos

Borrower makes a partial prepayment, there will be no changes in the due
parciales, no habrá cambios en la fecha de vencimiento o la cantidad de pago mensual a menos

date or in the amount of monthly payment unless Lender agrees in writing to
que el Acreedor Hipotecario acepte los cambios por escrito.----------------------------------

those changes.-------------------------------------------------------------------

6.    (A)  If Lender has not received the full monthly payment required by
6.    (A)  Si el Acreedor Hipotecario no hubiere recibido el pago total mensual requerido

the Security Instrument, as described in Paragraph 4(C) of this Note, by
por la Hipoteca, tal como se describe en el párrafo 4(c) de este Pagaré, al cabo de quince

the end of fifteen (15) calendar days after the payment is due, Lender may
(15) días calendarios después del vencimiento del pago, el Acreedor Hipotecario podrá cobrar

collect a late charge in the amount of four percent (4.00%) of the overdue
un recargo por demora en la cantidad de un cuatro por ciento (4.00%) de la suma atrasada de

amount of each payment.----------------------------------------------------------
cada pago.----------------------------------------------------------------------

      (B)  If Borrower defaults by failing to pay in full any monthly pay-
      (B)  Si el Deudor Hipotecario incumpliere por no efectuar el pago completo de cual---

ment, then Lender may, except as limited by regulations of the Secretary
quier pago mensual, entonces, el Acreedor Hipotecario podrá, sujeto a las limitaciones regla-

in the case of payment defaults, require immediate payment in full of the
mentarias del Secretario para el caso de incumplimiento por falta de pago, exigir el pago

principal balance remaining due and all accrued interest.   Lender may
total inmediato del saldo impagado del principal y de todos los intereses acumulados.  El

choose not to exercise this option without waiving its rights in the event
Acreedor Hipotecario podrá elegir no ejercitar esta opción sin renunciar a sus derechos en

of any subsequent default.  In many circumstances regulations issued by the
caso de cualquier incumplimiento subsiguiente.  En muchas circunstancias las reglamentaciones

Secretary will limit Lender's rights to require immediate payment in full
emitidas por el Secretario limitan los derechos del Acreedor Hipotecario para exigir el pago

in the case of payment defaults.  This Note does not authorize acceleration
total inmediato por incumplimiento en el pago de plazos vencidos.  Este Pagaré no autoriza la

when not permitted by HUD regulations.  As used in this Note, "Secretary"
aceleración de su vencimiento cuando los reglamentos de HUD no lo permitan.  Tal como se usa

means the Secretary of Housing and Urban Development or his or her
en este Pagaré, la palabra "Secretario" significa el Secretario del Departamento de

designee.--------------------------------------------------------------------
Desarrollo Urbano y Vivienda de los Estados Unidos de América o su representante.------------

--------------------------------------------------------------------------------

(C) If Lender has required immediate payment in full, as described
(C) Si el Acreedor Hipotecario ha exigido el pago total inmediato, según se describe
above, Lender may require Borrower to pay costs and expenses including rea-
anteriormente, podrá requerirle al Deudor Hipotecario que pague costas y gastos, incluyendo

sonable and customary attorney's fees for enforcing this Note to the extent
honorarios de abogado razonables y acostumbrados, hasta el máximo por la ley aplicable para

not prohibited by applicable law. Such fees and costs shall bear interest
exigir el cumplimiento de este Pagaré. Dichos honorarios, costas y gastos devengarán

from the date of disbursement at the same rate as the principal of this
intereses, desde el día de su desembolso, al mismo tipo que el principal de este Pagaré.-----
Note.---------------------------------------------------------------------
--------------------------------------------------------------------------------------

7. Borrower and any other person who has obligations under this Note
7. El Deudor Hipotecario y cualquier otra persona que esté obligada bajo este Pagaré,

waive the rights of presentment and notice of dishonor. "Presentment"
renuncian a los derechos de presentación y aviso de rechazo. "Presentación" significa el

means the right to require Lender to demand payment of amounts due.
derecho de requerirle al Acreedor Hipotecario que demande el pago de las cantidades vencidas.

"Notice of Dishonor" means the right to require Lender to give notice to
"Aviso de Rechazo" significa el derecho de requerirle al Acreedor Hipotecario notificar a

other persons that amounts due have not been paid.-------------------------
otras personas que las cantidades vencidas no han sido pagadas.------------------------------

8. Unless applicable law requires a different method, any notice that
8. Salvo que el Derecho aplicable requiera un método distinto, cualquier notificación que

must be given to Borrower under this Note will be given by delivering it or
deba hacerse al Deudor Hipotecario bajo este Pagaré se hará mediante entrega o por correo de

by mailing it by first class mail to Borrower at the Property address below
primera clase, dirigida al Deudor Hipotecario, a la dirección de la Propiedad abajo indicada

or at a different address if Borrower has given Lender a notice of Borrow-
o a una dirección diferente, si el Deudor Hipotecario le ha notificado al Acreedor Hipoteca-

er's different address.------------------------------------------------------
rio de una dirección diferente.------------------------------------------------------

Any notice that must be given to Lender under this Note will be given
Cualquier notificación que se deba hacer al Acreedor Hipotecario bajo este Pagaré le

by first class mail to Lender at the address stated in Paragraph 4(B) or at
será hecha por correo de primera clase a la dirección expresada en el Párrafo 4(B) o a una

a different address if Borrower is given a notice of that different
dirección diferente si al Deudor Hipotecario le ha sido notificada una dirección diferente.--
address.---------------------------------------------------------------------
--------------------------------------------------------------------------------------

9. If more than one person signs this Note, each person is fully and
9. Si más de una persona firma este Pagaré, cada una queda total y personalmente obligada

personally obligated to keep all of the promises made in this Note, includ-
a cumplir todos los compromisos contraídos en este Pagaré, incluyendo el de pagar la cantidad

ing the promise to pay the full amount owed. Any person who is a guaran-
total adeudada. Cualquier persona que sea garantizadora, fiadora o endosante de este Pagaré

tor, surety or endorser of this Note is also obligated to do these things.
está también obligada a cumplir lo estipulado. Cualquier persona que asuma estas obligacio-

Any person who takes over these obligations, including the obligations of a
nes, incluyendo las obligaciones de un garantizador, fiador o endosante de este Pagaré, tam-

guarantor, surety or endorser of this Note, is also obligated to keep all
bién esta obligada a cumplir todos los compromisos contraídos en el mismo. El Acreedor

of the promises made in this Note. Lender may enforce its rights under
Hipotecario podrá hacer valer sus derechos bajo este Pagaré en contra de cada persona indivi-

this Note against each person individually or against all signatories

dualmente o en contra de todos los signatarios conjuntamente. A cualquier suscribiente de together. Any one person signing this Note may be required to pay all of este Pagaré le podrá ser requerido el pago de todas las cantidades adeudadas bajo el mismo.

the amounts owed under this Note.-----------------------------------------
-----------------------------------------------------------------------------

BY SIGNING BELOW, Borrower accepts and agrees to the terms and cove-
AL SUSCRIBIR este Pagaré el Deudor Hipotecario acepta y está de acuerdo con los térmi-
nants contained in this Note.------------------------------------------------
nos y pactos contenidos en el mismo.-----------------------------------------

This Note is secured by a mortgage executed by Deed number 56 ---------
Este Pagaré está garantizado por Hipoteca constituida por la Escritura Número -------
of this same date before the subscribing Notary.----------------------------
otorgada en esta misma fecha ante el Notario suscribiente.-------------------

In SAN JUAN ---------------, Puerto Rico, on FEBRUARY 16 ---- , 2007---------- --
En -------------------- , Puerto Rico, a ------------------- de -----------.

_Elizabet Vega Mendoza_
_____
ELIZABET VEGA MENDOZA

_____

_____

_____
Borrower(s)
Deudor(es) Hipotecario(s)

**Property Address**
Dirección de la Propiedad

61 PASTO VIEJO WARD
CAYEY, PUERTO RICO 00736

**Affidavit Number** 3683 ---- :
Afidávit Número -----------

Before me, the Notary, Subscribed to and acknowledged by the appearing party(ies) being personally known to me, at SAN JUAN, ------- Puerto Rico, - this 16TH. ----- day of FEBRUARY 2007-------------- . -------------------------

NOTARY PUBLIC
Notario Público

WITHOUT RECOURSE
PAY TO THE ORDER OF
FirstBank
EMI EQUITY MORTGAGE, INC.
By:_____
Dimas E. Rodriguez
Vice President

PAY TO THE ORDER OF
WITHOUT RECOURSE
FirstBank Puerto Rico
MORTGAGE SERVICING ADMINISTRATION
AUTHORIZED SIGNATURE
DATE

EXHIBIT II

FHA CASE NO. _____

```
---NUMBER  FIFTY SIX (56) ----------------------------
---Número -------------------------------------------

-----------------FIRST MORTGAGE------------------
-----------------PRIMERA HIPOTECA----------------

---In  SAN JUAN ---------------, Commonwealth of Puerto
---En  -------------------- , Estado Libre Asociado de

Rico, this SIXTEENTH (16TH.) — day of FEBRUARY, --------
Puerto Rico, el ------------ de ---------------- de

two thousand SEVEN (2007)------------------------------
dos mil ----------------------------------------------

-----------------BEFORE ME-------------------
-----------------ANTE MI---------------------

--- DAVID CARDONA DINGUI------------; Notary Public in
--------------------------------- , Notario Público de

Puerto Rico, with offices at San Juan, Puerto Rico,
Puerto Rico, con oficinas en -------------------------

and residence in TRUJILLO ALTO-----------, Puerto Rico.
y residencia en ---------------------------, Puerto Rico.

---------------------APPEAR---------------------
---------------------COMPARECEN-----------------

---The parties mentioned in Paragraphs Ninth and
---Las partes nombradas en los Párrafos Noveno y Décimo de esta

Tenth of this Deed, hereinafter called the "Bor-
Escritura, denominadas de aquí en adelante "Deudor Hipotecario"

rower" and the "Lender", whose personal circum-
y "Acreedor Hipotecario", cuyas circunstancias personales apa-

stances are set forth in said paragraphs.----------
recen en dichos párrafos.------------------------------

---The appearing parties assure me that they are
Asegúranme los comparecientes hallarse en el pleno goce de sus

in the full exercise of their civil rights without
derechos civiles, sin que me conste nada en contrario, y

anything to the contrary being known to me, and
teniendo a mi juicio la capacidad legal necesaria para este

being in my judgment legally competent to execute
otorgamiento, libremente------------------------------

this document, they freely-----------------------
--------------------------------------------------

-----------------STATE AND COVENANT----------------
-----------------DECLARAN Y CONVIENEN--------------

FIRST:  That the Borrower is the owner of the
PRIMERO:  Que el Deudor Hipotecario es dueño de la propiedad o

property or properties described in Paragraph
propiedades descritas en el Párrafo Octavo de esta Escritura,

Eighth of this Deed, hereinafter called the "Prop-
denominada en lo sucesivo la "Propiedad" y tiene el derecho

erty" and has the right to mortgage the Property;
de hipotecar la Propiedad; que la Propiedad está libre de

that the Property is unencumbered, except for
cargas y gravámenes, excepto por las cargas inscritas y que el
```



encumbrances of record and that the Borrower will
*Deudor Hipotecario garantizará y defenderá su título a la Pro-*

warrant and defend the title to the Property
*piedad contra toda reclamación y demanda.----------------------*

against all claims and demands.-------------------
-----------------------------------------------------------------

SECOND: That as evidence of a loan received from
*SEGUNDO: Que como evidencia de un préstamo recibido del Acree-*

Lender, the Borrower as of this date has sub-
*dor Hipotecario, el Deudor Hipotecario ha suscrito en esta*

scribed a promissory note in the sum of -------------
*misma fecha un pagaré por la suma de ----------------------*

ONE HUNDRED NINETEEN THOUSAND FIFTY DOLLARS----------------

Dollars (US $ 119,050.00------------) with interest at
*Dólares (US $ ----------------- ) con intereses a razón del*

the rate of SIX-----------------------------percent
*----------------------- por ciento ( ------- %) anual,*

(6.00---- %) per annum until the total satisfaction
*hasta el saldo total del mismo, pagadero a favor de -----------*

of the same, payable to E.M.I. EQUITY MORTGAGE, INC.-----
*------------------------------------------- o a su orden y*

--------------------------- or its order, the principal
*pagadero el principal e intereses en plazos mensuales ---------*

and interest being payable in monthly installments
*de ----------------------------------------------------------*

of SEVEN HUNDRED THIRTEEN DOLLARS AND SEVENTY SIX CENTS-------

Dollars (US $ 713.76--------) commencing on the first
*Dólares (US $ --------------- ) comensando el día primero de*

day of APRIL 1ST.,----- two THOUSAND SEVEN (2007)------------
*----------------- two thousand -----------------------------*

(-------) and a like amount on the first day of each
*( ) e igual cantidad en cada uno de los días primero de*

succeeding month until full payment of the debt,
*cada mes subsiguiente hasta el pago total de la deuda, la cual*

which if not paid earlier, will be totally due and
*si no es pagada antes, será totalmente vencedera y pagadera el*

payable on the first day of MARCH 1ST.-------- , Two
*primer día de ----------------------- del----------------------*

Thousand THIRTY SEVEN----------(2037 ) authenticated by
*Dos Mil --------------------- (20--- ) autenticado por el*

the authorizing Notary, as per Affidavit Number --
*Notario autorizante, bajo Afidávit Número ------------------*

3683 ----- . --------------------------------------------------

THIRD: In order to guarantee the total and com-
*TERCERO: Con el propósito de garantizar el total y completo*

plete payment of the debt as evidenced by the
*pago de la deuda que evidencia el pagaré descrito anteriormente,*

above described promissory note, as well as each
*así como todas y cada una de las condiciones que el mismo con-*

and every one of the conditions therein contained,
tiene, y para garantizar además tres sumas adicionales de ---

and to further secure three additional amounts of
-------------------------------------------------------------

ELEVEN THOUSAND NINE HUNDRED FIVE DOLLARS--------------------
-----------------------------($ 11,905.00---------) each,
-------------------------------------------- cada una,

which are stipulated to cover (a) interest in ad-
que se fijan para cubrir (a) intereses además de los garanti-

dition to those secured by _law, (b) the amount
zados por la ley, (b) la suma que el deudor se obliga a satis-

which the debtor undertakes to pay as a liquidated
facer como suma líquida sin necesidad de liquidación y apro-

amount without necessity for liquidation and ap-
bación por el tribunal para costas, gastos y honorarios de

proval by the court to cover costs, expenses and
abogado para el caso de que el tenedor del pagaré tome acción

attorney's fees in the event the holder of the
judicial en ejecución de hipoteca y (c) cualesquiera otros ade-

Note has to take recourse to foreclose or judicial
lantos que puedan hacerse dentro de este contrato además de las

collection, and (c) any other advances that may be
cantidades que el pagaré expresa, el Deudor Hipotecario por la

made under this contract in addition to the
presente constituye una Primera Hipoteca (Hipoteca) sobre la

amounts stated in the Note, the Borrower hereby
Propiedad que ha sido descrita en el Párrafo Octavo, incluyendo

constitutes a First Mortgage (Security Instrument)
todas sus edificaciones, maquinarias, instalaciones y cualquier

on the Property described in Paragraph Eighth,
otro edificio o edificios y estructuras que se construyan en la

including all of its buildings, machinery, in-
Propiedad así como cualquier otra maquinaria o instalaciones

stallations and any other building or buildings
que se coloquen en la Propiedad o en los edificios que existan

and structures that may be constructed on it as
en la misma, o que sean construidas allí en el futuro, durante

well as any other machinery or installations that
la vigencia de esta hipoteca, incluyendo todos sus usos, servi-

may be placed on the Property or in the buildings
dumbres y demás pertenencias, así como sus rentas y productos

existing on the same or which may be constructed
de las mismas y todos los aparatos e instalaciones de cualquier

thereon in the future, during the period of time
clase para suplir y distribuir calor, refrigeración, alumbrado,

that the mortgage is in effect, including all of
calefacción, agua o energía y todo el servicio e instalaciones

its uses, servitudes and other appurtenances, as
necesarias instaladas o que se instalen en el futuro en la Pro-



well as its rents and the product of the same and all
piedad y en general sobre todo derecho de propiedad; título e interés

apparatus and installations of any kind for the fur-
que tenga el otorgante sobre la Propiedad.------------------------

nishing and distribution of heat, refrigeration, light,
----------------------------------------------------------------

water or power and all the services and necessary
----------------------------------------------------------------

installations presently installed upor or which may
----------------------------------------------------------------

be in the future installed upon the Property and in
----------------------------------------------------------------

general upon all of the property rights, title and
----------------------------------------------------------------

interest that the executing party may have in the
----------------------------------------------------------------

Property.-----------------------------------------------
----------------------------------------------------------------

**FOURTH:** Borrower and Lender further covenant and agree
**CUARTO:** El Deudor Hipotecario y el Acreedor Hipotecario pactan

asfollows:----------------------------------------------
y convienen, además:--------------------------------------------

---1. **Payment of Principal, Interest and Late Charge.**-
---1. **Pago de Principal, Intereses y Recargos por Demora.** El Deudor

Borrower shall pay when due the principal of, and
Hipotecario pagará puntualmente, a su vencimiento, el principal

interest on the debt evidenced by the Note and late
más los intereses sobre la deuda evidenciada por el Pagaré y los

charges due under the Note.------------------------
recargos por demora adeudados conforme al Pagaré.------------------

---2. **Monthly Payment of Taxes, Insurance and Other**
---2. **Pago Mensual de Contribuciones, Seguros y Otros Cargos.**

**Charges.** Borrower shall include in each monthly pay-
El Deudor Hipotecario incluirá con cada pago mensual, junto con

ment, together with the principal and interest as set
el principal e intereses pactados en el Pagaré y cualquier recargo

forth in the Note and any late charges, a sum for
por demora adeudado, una suma para (a) contribuciones tasadas o

(a) taxes and special assessments levied or to be
impuestas o a ser tasadas o impuestas sobre la Propiedad, (b) pagos

levied against the Property, (b) leasehold payments
de cánones de arrendamiento o de renta para el terreno donde ubica

or ground rents on the Property, and (c) premiums for
la Propiedad, y (c) primas de seguro requeridas en el Párrafo 4.

insurance required under Paragraph 4. In any year
En cualquier año en que el Acreedor Hipotecario deba pagar una

in which the Lender must pay a mortgage insurance
prima de seguro al Secretario de----------------------------

premium to the Secretary-----------------------------

of Housing and Urban Development ("Secretary"), or
Desarrollo Urbano y Vivienda ("Secretario"), o en cualquier año

in any year in which such premium would have been
en que dicha prima pudiese ser requerida si el Acreedor Hipote-

required if Lender still held the Security Instru-
cario aún es el tenedor del Instrumento Garantizador, cada pago

ment, each monthly payment shall also include
mensual incluirá cualquier de: (i) una suma igual a la prima

either: (i) a sum for the annual mortgage insur-
de seguro anual a ser pagada por el Acreedor Hipotecario al

ance premium to be paid by Lender to the Secre-
Secretario, o (ii) un cargo mensual en lugar de la prima de

tary, or (ii) a monthly charge instead of a mort-
seguro si el Instrumento Garantizador retenido por el Secreta-

gage insurance premium if this Security Instrument
rio es una suma razonable determinada por el Secretario.

is held by the Secretary, in a reasonable amount
Excepto por el cargo mensual impuesto por el Secretario, estos

to be determined by the Secretary. Except for the
conceptos se llamarán "Partidas de Plica" y los fondos pagados

monthly charge by the Secretary, these items are
al Acreedor Hipotecario se llamarán "Fondos en Plica".---------

called "Escrow Items" and the sums paid to lender
----------------------------------------------------------------

are called "Escrow Funds."------------------------
----------------------------------------------------------------

---Lender may, at any time, collect and hold
---El Acreedor Hipotecario podrá, en cualquier momento, cobrar

amounts for Escrow Items in an aggregate amount
y retener Partidas de Plica en una cantidad agregada que no

not to exceed the maximum amount that may be
excederá la suma máxima que pudiese ser requerida para la

required for Borrower's escrow account under the
cuenta de plica del Deudor Hipotecario bajo el "Real Estate

Real Estate Settlement Procedures Act of 1974,
Settlement Procedures Act" del 1974, 12 U.S.C. § 2601 et seq. y

12 U.S.C. § 2601 et seq. and implementing regula-
sus Reglamentos, 24 C.F.R. Part 3500, según sean enmendados de

tions, 24 C.F.R. Part 3500, as they may be amended
tiempo en tiempo ("RESPA"), excepto que la reserva permitida

from time to time ("RESPA"), except that the
por RESPA para desembolsos no anticipados o desembolsos hechos

cushion or reserve permitted by RESPA, for unan-
con anterioridad a la disponibilidad de los fondos del Deudor

ticipated disbursements or disbursements made
Hipotecario en la cuenta no podrán estar basados en las canti-

before the Borrower's payments are available in
dades vencidas para la prima de seguro de hipoteca.------------

the account may not be based on amounts due for
----------------------------------------------------------------



the mortgage insurance premium.--------------------
------------------------------------------------------

---If the amounts held by Lender for Escrow Items
---Si las cantidades retenidas por el Acreedor Hipotecario para

exceed the amounts permitted to be held by RESPA,
las Partidas de Plica excedieran las cantidades permitidas por

Lender shall account to borrower for the excess
RESPA, el Acreedor Hipotecario dispondrá del exceso de los fon-

funds as required by RESPA.-----------------------
dos en la forma requerida por RESPA.-----------------------

---If the amounts of funds held by Lender at any
---Si los fondos retenidos por el Acreedor Hipotecario en cual-

time is not sufficient to pay the Escrow Items
quier momento no fuesen suficientes para pagar las Partidas

when due, Lender may notify the Borrower and re-
de Plica a su vencimiento, el Acreedor Hipotecario podrá noti-

quire Borrower to make up the shortage as permit-
ficar y requerir al Deudor Hipotecario pagar la diferencia

ted by RESPA.------------------------------------------
según permitido por RESPA.------------------------------------------

---The Escrow Funds are pledged as additional
---Los Fondos en Plica se pignoran como garantía adicional a

security for all sums secured by this Security
todas las sumas aseguradas por esta Hipoteca.  Si el Deudor

Instrument.  If Borrower tenders to Lender the
Hipotecario satisface al Acreedor Hipotecario dichas sumas,

full payment of all such sums, Borrower's account
la cuenta del Deudor Hipotecario se acreditará por el balance

shall be credited with the balance remaining for
pendiente en las partidas (a), (b) y (c) y cualquier plazo de

all installment items (a), (b) and (c) and any
prima de seguro que el Acreedor Hipotecario no ha sido obligado

mortgage insurance premium installment that Lender
a pagar al Secretario, y el Acreedor Hipotecario reembolsará

has not become obligated to pay to the Secretary,
prontamente el exceso de los fondos al Deudor Hipotecario.

and Lender shall promptly refund any excess funds
Inmediatamente antes de la venta mediante la ejecución de la

to Borrower.  Immediately prior to a foreclosure
hipoteca de la Propiedad o su adquisición por el Acreedor Hipo-

sale of the Property or its acquisition by Lender,
tecario, la cuenta del Deudor Hipotecario deberá acreditarse

Borrower's account shall be credited with any bal-
con cualquier balance resultante de todas las partidas (a), (b)

ance remaining for all installments for items (a),
y (c).-----------------------------------------------------

(b) and (c).-----------------------------------------------------
------------------------------------------------------

---3. __Application of Payments__. All payments under
---3. __Aplicación de Pagos__. Todos los pagos bajo los Párrafos

Paragraphs 1 and 2 shall be applied by Lender as
1 y 2 serán aplicados por el Acreedor Hipotecario como sigue:--

follows:-----------------------------------------
-------------------------------------------------

---First, to the mortgage insurance premium to be
---Primero, a la prima del seguro hipotecario a ser pagada por

paid by Lender to the Secretary or to the monthly
el Acreedor Hipotecario al Secretario o al cargo mensual paga-

charge by the Secretary instead of the monthly
dero al Secretario en lugar de la prima mensual del seguro.

mortgage insurance premium;------------------------
hipotecario;--------------------------------------

---Second, to any taxes, special assessments,
---Segundo, a cualquier tipo de contribuciones, impuestos

leasehold payments or ground rents, and fire,
especiales, cánones de arrendamiento o renta por el uso del

flood and other hazard insurance premiums, as
suelo donde ubica la Propiedad y las primas de seguro contra

required;------------------------------------------
fuego, inundaciones y otros riesgos, según requeridas;---------

---Third, to interest due under the Note;---------
---Tercero, a intereses vencidos conforme el Pagaré.-----------

---Fourth, to amortization of the principal of the
---Cuarto, a la amortización del principal del Pagaré; y-------

Note; and------------------------------------------
--------------------------------------------------

---Fifth, to late charges due under the Note.-----
---Quinto, a los recargos por demora adeudados conforme el

--------------------------------------------------
Pagaré.--------------------------------------------

---4. Fire, Flood and Other Hazard Insurance.
---4. Seguros Contra Fuego, Inundaciones y Otros Riesgos.    El

Borrower shall insure all improvements on the
Deudor Hipotecario asegurará las mejoras ahora existentes o

Property, whether now in existence or subsequently
subsiguientemente edificadas sobre la Propiedad, contra ries-

erected, against any hazards, casualties and
gos, pérdidas y contingencias, incluyendo fuego, para los cua-

contingencies, including fire, for which Lender
les el Acreedor Hipotecario exige seguro. Dicho seguro será

requires insurance. This insurance shall be main-
mantenido en las cantidades y por los plazos que el Acreedor

tained in the amounts and for the periods that
Hipotecario requiera. El Deudor Hipotecario también asegurará

Lender requires. Borrower shall also insure all
las mejoras ahora existentes en la Propiedad o eregidas subsi-

improvements on the Property, whether now in
guientemente, contra pérdidas por inundaciones hasta donde lo

existence or subsequently erected, against loss by
requiera el Secretario. Todo seguro será proporcionado por



flood to the extent required by the Secretary. Las
compañías de seguro aprobadas por el Acreedor Hipotecario. Las

All insurance shall be carried with companies
pólizas de seguro y sus renovaciones serán retenidas por el

approved by Lender. The insurance policies and
Acreedor Hipotecario e incluirán cláusulas de pago por pérdidas

any renewals shall be held by Lender and shall
a favor de, y en forma aceptable al Acreedor Hipotecario.------

include loss payable clauses in favor of, and in a
---------------------------------------------------------------

form acceptable to, Lender.-----------------------
---------------------------------------------------------------

---In the event of loss, Borrower shall give
---En caso de pérdida, el Deudor Hipotecario notificará de

Lender immediate notice by mail. Lender may make
inmediato por correo al Acreedor Hipotecario. El Acreedor

proof of loss if not made promptly by Borrower.
Hipotecario podrá presentar prueba de su pérdida si el Deudor

Each insurance company concerned is hereby author-
Hipotecario no lo hiciere prontamente. Cada compañía de seguro

ized and directed to make payments for such loss
concernida queda por la presente autorizada y ordenada para que

directly to Lender, instead of to borrower and to
efectúe el pago por tales pérdidas directamente al Acreedor

Lender jointly.-----------------------------------
Hipotecario en lugar de hacerlo al Deudor Hipotecario y al

-------------------------------------------------------
Acreedor Hipotecario conjuntamente.-------------------------

---All or any part of the insurance proceeds may
---Todo o cualquier parte del producto del seguro puede ser

be applied by Lender at its option, either (a) to
aplicado por el Acreedor Hipotecario, a opción suya, (a) a la

the reduction of the indebtedness under the Note
reducción de la deuda bajo el Pagaré y esta Hipoteca, primero a

and this Security Instrument, first to any delin-
las cantidades atrasadas, aplicado en el orden indicado en el

quent amounts applied in the order in Paragraph 3,
Párrafo 3 y luego al pre-pago de principal, o (b) a la restau-

and then to prepayment of principal, or (b) to the
ración o reparación de la Propiedad damnificada. Cualquier

restoration or repair of the damaged property.
aplicación del producto del seguro al principal no extenderá ni

Any application of the proceeds to the principal
pospondrá la fecha de vencimiento de los pagos mensuales a que

shall not extend or postpone the due date of the
se hace referencia en el Párrafo 2, ni cambiará la suma de di-

monthly payments which are referred to in Para-
chos pagos. Cualquier exceso en el producto del seguro sobre

graph 2, or change the amount of such payments.
la cantidad requerida para pagar la totalidad de la deuda bajo

Any excess insurance proceeds over an amount
el Pagaré y esta Hipoteca será pagaderó a la entidad con dere-

required to pay all outstanding indebtedness under
cho a ese pago.----------------------------------

the Note and this Security Instrument shall be
----------------------------------------------------

paid to the entity legally entitled thereto.------
----------------------------------------------------

---In the event of foreclosure of this Security
---En caso de ejecución de esta Hipoteca o de cualquier otra

Instrument or other transfer of title to the
transferencia del título de la Propiedad que extinga la deuda,

Property that extinguishes the indebtedness, all
todo derecho, título e interés del Deudor Hipotecario en póli-

right, title and interest of Borrower in and to
zas de seguro vigentes pasarán al comprador.-----------------

insurance policies in force shall pass to the
----------------------------------------------------

purchaser.-------------------------------------------
----------------------------------------------------

---5.  Occupancy, Preservation, Maintenance and
---5.  Ocupación, Preservación, Mantenimiento y Protección de

Protection of the Property; Borrower's Loan Appli-
la Propiedad; Solicitud de Préstamo del Deudor Hipotecario,

cation; Leaseholds.  Borrower shall occupy, estab-
Arrendamientos.  El Deudor Hipotecario deberá ocupar, estable-

lish, and use the Property as Borrower's principal
cer y usar la Propiedad como su residencia principal dentro de

residence within sixty days after the execution of
los sesenta días siguientes al otorgamiento de esta Hipoteca (o

this Security Instrument (or within sixty days of
dentro de sesenta días siguientes a una venta o cesión subsi-

a later sale or transfer of the Property) and
guiente de la Propiedad) y deberá continuar ocupando la Propie-

shall continue to occupy the Property as Borrow-
dad como su residencia principal hasta por lo menos un año des-

er's principal residence for at least one year
pués de la fecha de ocupación de la misma, a menos que el

after the date of occupancy, unless Lender deter-
Acreedor Hipotecario determine que este requerimiento puede

mines that requirement will cause undue hardship
causar problemas excesivos al Deudor Hipotecario, o a menos que

for Borrower, or unless extenuating circumstances
existan circunstancias atenuantes que estén fuera del control

exist which are beyond Borrower's control.
del Deudor Hipotecario.  El Deudor Hipotecario deberá notificar

Borrower shall notify Lender of any extenuating
al Acreedor Hipotecario de cualquiera de estas circunstancias

circumstances.  Borrower shall not commit waste or
atenuantes.  El Deudor Hipotecario no causará menoscabo, ni



destroy, damage or substantially change the Prop-
destruirá, dañará ni sustancialmente alterará la Propiedad

erty or allow the Property to deteriorate, reason-
ni permitirá que la Propiedad se deteriore excepto por el uso y

able wear and tear excepted. Lender may inspect
desgaste normal.  El Acreedor Hipotecario podrá inspeccionar

the Property if the Property is vacant or aban-
la Propiedad si estuviese desocupada o abandonada o si hubiese

doned or the loan is in default. Lender may take
incumplimiento del préstamo.  El Acreedor Hipotecario podrá

reasonable action to protect and preserve such
tomar aquella acción razonable que sea necesaria para proteger

vacant or abandoned Property. Borrower shall also
y cuidar dicha Propiedad desocupada o abandonada.  El Deudor

be in default if Borrower, during the loan appli-
Hipotecario también estará en incumplimiento si durante el pro-

cation process, gave materially false or inaccu-
ceso de solicitar el préstamo hubiese dado al Acreedor Hipote-

rate information or statements to Lender (or
cario información o declaraciones materialmente falsas o in-

failed to provide Lender with any material infor-
exactas (o dejara de proveer al Acreedor Hipotecario informa-

mation) in connection with the loan evidenced by
ción pertinente o necesaria) en relación con el préstamo evi-

the Note, including, but not limited to, represen-
denciado por el Pagaré, incluyendo, pero sin limitarse a,

tations concerning Borrower's occupancy of the
representaciones relacionadas con la ocupación por el Deudor

Property as a principal residence.----------------
Hipotecario de la Propiedad como su residencia principal.------

---If this Security Instrument is on a leasehold,
---Si esta Hipoteca recae sobre un derecho de arrendamiento, el

Borrower shall comply with the provisions of the
Deudor Hipotecario cumplirá con los términos de dicho arrenda-

lease.   If Borrower acquires fee title to the
miento.  Si el Deudor Hipotecario adquiere título en pleno

Property, the leasehold and fee title shall not be
dominio sobre la Propiedad, el derecho de arrendamiento y el

merged unless Lender agrees to the merger in
título en pleno dominio no se consolidarán a menos que el

writing.----------------------------------------
Acreedor Hipotecario dé su consentimiento por escrito.---------

---6.  Condemnation.  The proceeds of any award or
---6.  Expropiación.  El producto de cualquier laudo o reclama-

claim for damages, direct or consequential, in
ción por daños, directos, emergentes o resultantes, en relación

connection with any condemnation or other taking
con cualquier expropiación forzosa o por traspaso en lugar de

of any part of the Property, or for conveyance in
expropiación, quedan por la presente cedidos y serán pagados al

place of condemnation, are hereby assigned and
Acreedor Hipotecario hasta la cantidad total adeudada bajo el

shall be paid to Lender to the extent of the full
Pagaré y esta Hipoteca.------------------------------------

amount of the indebtedness that remains unpaid
------------------------------------------------------------

under the Note and this Security Instrument.
------------------------------------------------------------

---Lender shall apply such proceeds to the reduc-
---El Acreedor Hipotecario aplicará dichos fondos a la reduc-

tion of the indebtedness under the Note and this
ción de la deuda bajo el Pagaré y esta Hipoteca, primero a

Security Instrument, first to any delinquent
cualquier cantidad atrasada, en el orden dispuesto en el

amount applied in the order provided in Para-
Párrafo 3 y luego al prepago del principal. Cualquier aplica-

graph 3, and then to prepayment of principal. Any
ción de los fondos al principal no extenderá ni pospondrá la

application of the proceeds to the principal shall
fecha de vencimiento de los pagos mensuales a que se hace

not extend or postpone the due date of the monthly
referencia en el Párrafo 2, ni cambiará la cantidad de dichos

payments, which are referred to in paragraph 2, or
pagos. Cualquier exceso en los fondos sobre la cantidad nece-

change the amount of such payments. Any excess
saria para pagar la totalidad de la deuda bajo el Pagaré y esta

proceeds over an amount required to pay all out-
Hipoteca será pagado a la entidad con derecho a recibirlo.-----

standing indebtedness under the Note and this
------------------------------------------------------------

Security Instrument shall be paid to the entity
------------------------------------------------------------

legally entitled thereto.-----------------------------
------------------------------------------------------------

---7. Charges to Borrower and Protection of
---7. Cargos al Deudor Hipotecario y Protección de los Dere-

Lender's Rights in the Property. Borrower shall
chos del Acreedor Hipotecario Sobre la Propiedad. El Deudor

pay all governmental or municipal charges, fines
Hipotecario pagará todo cargo, penalidad o impuesto guberna-

and impositions that are not included in Para-
mental o municipal que no esté incluido en el Párrafo 2. El

graph 2. Borrower shall pay these obligations on
Deudor Hipotecario pagará dichas obligaciones a tiempo direc-

time directly to the entity which is owed the
tamente a la entidad a la cual se le adeude dicho pago. Si la

payment. If failure to pay would adversely affect
falta de pago afectase adversamente el interés del Acreedor

Lender's interest in the Property, upon Lender's
Hipotecario en la Propiedad, el Deudor Hipotecario, a solici-



request Borrower shall promptly furnish to Lender
tud del Acreedor Hipotecario, le suministrará prontamente los

receipts evidencing these payments.--------------
recibos que evidencien dichos pagos.--------------------

---If Borrower fails to make these payments or the
---Si el Deudor Hipotecario no hace dichos pagos o los requeri-

payments required by Paragraph 2, or fails to per-
dos bajo el Párrafo 2, o deja de cumplir con algún otro pacto o

form any other covenants and agreements contained
convenio contenido en esta Hipoteca, o si existiera un proce-

in this Security Instrument, or there is a legal
dimiento legal que pudiera afectar significativamente los

proceeding that may significantly affect Lender's
derechos del Acreedor Hipotecario sobre la Propiedad (tal como

rights in the Property (such as a proceeding in
un procedimiento de quiebra, de expropiación o para hacer valer

bankruptcy, for condemnation or to enforce laws or
las leyes o reglamentos), entonces, el Acreedor Hipotecario

regulations), then Lender may do and pay whatever
podrá hacer y pagar lo que sea necesario para proteger el valor

is necessary to protect the value of the Property
de la Propiedad y sus derechos sobre la misma, incluyendo el

and Lender's rights in the Property, including
pago de impuestos, seguro contra riesgos y otros renglones

payment of taxes, hazard insurance and other items
mencionados en el Párrafo 2.----------------------------------

mentioned in Paragraph 2.--------------------------
------------------------------------------------------------

---Any amounts disbursed by Lender under this
---Cualquier cantidad desembolsada por el Acreedor Hipotecario

Paragraph shall become an additional debt of
bajo este Párrafo se convertirá en una obligación adicional del

Borrower and be secured by this Security Instru-
Deudor Hipotecario y estará asegurada por esta Hipoteca.

ment. These amounts shall bear interest from the
Dichas cantidades devengarán intereses desde la fecha de desem-

date of disbursement at the Note's rate, and at
bolso, a la tasa del Pagaré y a opción del Acreedor Hipoteca-

the option of Lender shall be immediately due and
rio, advendrán vencederas y pagaderas inmediatamente.----------

payable.-----------------------------------------------
----------------------------------------------------------

---Borrower shall promptly discharge any lien
---El Deudor Hipotecario liberará prontamente cualquier grava-

which has priority over this Security Instrument
men que tenga prioridad sobre esta Hipoteca a menos que el

unless Borrower: (a) agrees in writing to the
Deudor Hipotecario: (a) acuerde por escrito el pago de la

payment of the obligation secured by the lien in a
obligación que garantiza dicho gravamen de manera aceptable al

manner acceptable to Lender; (b) contests in good
Acreedor Hipotecario; (b) dispute de buena fe el gravamen o se

faith the lien by, or defends against enforcement
defienda de la ejecución del gravamen en procesos legales que

of the lien in legal proceedings which in the
en la opinión del Acreedor Hipotecario actúa para prevenir su

Lender's opinion operate to prevent the enforce-
ejecución; o (c) obtiene del portador del gravamen un acuerdo

ment of the lien; or (c) secures from the holder
satisfactorio al Acreedor Hipotecario subordinando el gravamen

of the lien an agreement satisfactory to Lender
a esta Hipoteca. Si el Acreedor Hipotecario determina que al-

subordinating the lien to this Security Instru-
guna parte de la Propiedad está sujeta al gravamen de rango

ment. If Lender determines that any part of the
superior a esta Hipoteca, el Acreedor Hipotecario notificará

Property is subject to a lien which may attain
al Deudor Hipotecario la identificación del gravamen. El Deu-

priority over this Security Instrument, Lender may
dor Hipotecario satisfacerá el gravamen o tomará una o más de

give Borrower a notice identifying the lien.
las acciones arriba mencionadas dentro de 10 días de la noti-

Borrower shall satisfy the lien or take one or
ficación.---------------------------------------------------

more of the actions set forth above within 10 days
------------------------------------------------------------

of the giving of notice.---------------------------
------------------------------------------------------------

---8. **Fees**. Lender may collect fees and charges
---8. **Honorarios**. El Acreedor Hipotecario podrá cobrar los

authorized by the Secretary.-----------------------
honorarios y cargos autorizados por el Secretario.------------

---9. <u>Grounds for Acceleration of Debt</u>.----------
---9. <u>Bases para la Aceleración de la Deuda</u>.-----------------

---(a) Default. Lender may, except as limited by
---(a) Incumplimiento. El Acreedor Hipotecario podrá, sujeto

regulations issued by the Secretary in the case of
a las limitaciones contenidas en las reglamentaciones estable-

payment defaults, require immediate payment in
cidas por el Secretario para el caso de incumplimiento de

full of all sums secured by this Security Instru-
pagos, requerir el pago total inmediato de todas las sumas

ment if:---------------------------------------------
garantizadas por esta Hipoteca si:----------------------------

-----(i) Borrower defaults by failing to pay in
-----(i) El Deudor Hipotecario incumple al no pagar completa-

full any monthly payment required by this Security
mente cualquier pago mensual requerido por esta Hipoteca, en o

Instrument prior to or on the due date of the next
antes del vencimiento del pago mensual siguiente, o------------



monthly payment, or --------------------------------------

-----(ii) Borrower defaults by failing, for a
-----(ii) El Deudor Hipotecario incumple al dejar de efectuar

period of thirty days, to perform any other obli-
durante un término de treinta días, cualquier otra obligación

gations contained in this Security Instrument.----
contenida en esta Hipoteca.--------------------------------

---(b) Sale Without Credit Approval. Lender
---(b) Venta sin Aprobación de Crédito. El Acreedor Hipoteca-

shall, if permitted by applicable law (including
rio podrá, si fuera permitido por el derecho aplicable (inclu-

section 341(d) of the Garn-St. Germain Depository
yendo la sección 341(d) de la Ley Garn-St. Germain Depository

Institutions Act of 1982, 12 U.S.C. § 1701j-3(d))
Institutions Act de 1982, 12 U.S.C. § 1701j-3(d)) y con la pre-

and with the prior approval of the Secretary,
via aprobación del Secretario, requerir el pago inmediato de la

require immediate payment in full of all sums
totalidad de todas las sumas garantizadas por esta Hipoteca

secured by this Security Instrument if:-----------
si:-------------------------------------------------------

-----(i) All or part of the Property, or a bene-
-----(i) Todo o parte de la Propiedad, o una participación en

ficial interest in a trust owning all or part of
un fideicomiso dueño de todo o de parte de la Propiedad, es

the Property, is sold or otherwise transferred
vendida o de otra forma transferida por el Deudor Hipotecario

(other than by devise or descent), and-----------
(excepto por legado o herencia), y---------------------------

-----(ii) The Property is not occupied by the
-----(ii) La Propiedad no está ocupada por el comprador o

purchaser or grantee as his or her principal resi-
cesionario como su residencia principal o, de estarlo, si su

dence, or the purchaser or grantee does so occupy
crédito no ha sido aprobado de acuerdo con los requisitos del

the Property, but his or her credit has not been
Secretario.-----------------------------------------------

approved in accordance with the requirements of
-------------------------------------------------------

the Secretary.---------------------------------------
-------------------------------------------------------

---(c) No Waiver. If circumstances occur that
---(c) No Habrá Renuncia. Si ocurrieran circunstancias que

would permit Lender to require immediate payment
permitan al Acreedor Hipotecario requerir el pago total inme-

in full, but Lender does not require such payment,
diato y no lo hiciera, el Acreedor Hipotecario no renuncia sus

Lender does not waive its rights with respect to
derechos respecto a eventos subsiguientes.--------------------

subsequent· events.------------------------------
---------------------------------------------------

---(d) Regulations of HUD Secretary. In many
---(d) Reglamentos del Secretario de HUD. En muchas circuns-

circumstances regulations issued by the Secretary
tancias los reglamentos emitidos por el Secretario limitarán

will limit Lender's rights, in the case of payment
los derechos del Acreedor Hipotecario, en el caso de incum-

default, to require immediate payment in full and
plimiento, para requerir el pago total inmediato y para proce-

to foreclose if not paid. This Security Instru-
der a la ejecución si no lo satisfacen. Esta Hipoteca no auto-

ment does not authorize acceleration or foreclo-
riza aceleración de pago o ejecución de hipoteca a menos que

sure if not permitted by regulations of the
ello sea permitido por los reglamentos del Secretario.---------

Secretary.-----------------------------------------
---------------------------------------------------

---(e) Mortgage not Insured. Borrower agrees
---(e) Hipoteca No Asegurada. El Deudor Hipotecario conviene

that if this Security Instrument and the Note are
que si esta Hipoteca y el Pagaré por ella garantizado no fueran

not determined to be eligible for insurance under
elegibles para ser asegurados bajo la Ley Nacional de Vivienda

the National Housing Act within ninety (90) days
dentro de noventa (90) días desde esta fecha, el Acreedor

from the date hereof, Lender, may at its option
Hipotecario podrá requerir, a opción suya, el pago total inme-

require immediate payment in full of all sums
diato de todas las sumas garantizadas por esta Hipoteca. La

secured by this Security Instrument. A written
declaración por escrito de cualquier agente autorizado del

statement of any authorized agent of the Secretary
Secretario fechada con posterioridad de noventa (90) días de

dated subsequent to ninety (90) days from the date
la fecha de ésta, negándose a asegurar esta Hipoteca y el

hereof, declining to insure this Security Instru-
Pagaré, se considerará prueba concluyente de tal inelegibi-

ment and the Note, shall be deemed conclusive
bilidad. No obstante lo anterior, esta opción no podrá ser

proof of such ineligibility. Notwithstanding the
ejercitada por el Acreedor Hipotecario cuando la no disponibi-

foregoing, this option may not be exercised by
lidad del seguro se deba únicamente a que dicho Acreedor

Lender when the unavailability of insurance is
Hipotecario no haya remitido al Secretario la prima del seguro

solely due to Lender's failure to remit a mortgage
hipotecario.-----------------------------------------

insurance premium to the Secretary.---------------
---------------------------------------------------



---10. **Reinstatement**. Borrower has a right to be
---10. **Reinstalación**. El Deudor Hipotecario tiene el derecho

reinstated if Lender has required immediate pay-
a que se le reinstale si el Acreedor Hipotecario le ha reque-

ment in full because of Borrower's failure to pay
rido el pago inmediato total debido a que el Deudor Hipotecario

an amount due under the Note or this Security
haya incumplido en el pago de cualquier suma adeudada bajo el

Instrument. This right applies even after fore-
Pagaré o esta Hipoteca. Este derecho aplica aún después de

closure proceedings are instituted. To reinstate
haberse iniciado procedimiento de ejecución. Para reinsta-

the Security Instrument, Borrower shall tender in
lar la Hipoteca, el Deudor Hipotecario deberá entregar, de una

a lump sum all amounts required to bring Borrow-
sola vez, todas las sumas requeridas para poner su cuenta al

er's account current including, to the extent they
día, incluyendo hasta donde sean obligaciones del Deudor Hipo-

are obligations of borrower under this Security
tecario bajo esta Hipoteca, costas de ejecución y honorarios

Instrument, foreclosure costs and reasonable and
de abogado razonables y acostumbrados y gastos propiamente

customary attorney's fees and expenses properly
asociados con el procedimiento de ejecución. Luego de la re-

associated with the foreclosure of the proceeding.
instalación por el Deudor Hipotecario, esta Hipoteca y las

Upon reinstatement by Borrower, this Security
obligaciones que ella garantiza permanecerán en vigor como si

Instrument and the obligations that it secures
el Acreedor Hipotecario no hubiera requerido pago inmediato

shall remain in effect as if Lender had not
total. Sin embargo, el Acreedor Hipotecario no está obligado

required immediate payment in full. However,
a permitir la reinstalación si: (i) el Acreedor Hipotecario

Lender is not required to permit reinstatement if:
ya ha aceptado una reinstalación después de haber comenzado

(i) Lender has accepted reinstatement after the
un procedimiento de ejecución dentro de los dos años inme-

commencement of foreclosure proceedings within two
diatamente anteriores al comienzo del procedimiento de eje-

years immediately preceding the commencement of a
cución actual, (ii) la reinstalación impide una ejecución por

current foreclosure proceeding, (ii) reinstatement
razones diferentes en el futuro, o (iii) la reinstalación habrá

will preclude foreclosure on different grounds in
de afectar adversamente el rango del gravamen creado por esta

the future, or (iii) reinstatement will adversely
Hipoteca.----------------------------------------------------

affect the priority of the lien created by this
-------------------------------------------------------------

Security Instrument.------------------------------------
-----------------------------------------------------------

---11. **Borrower Not Released; Forbearance by**
---11. Deudor Hipotecario No Relevado; Indulgencia de Morosi-

**Lender not a Waiver.** Extension of the time of
dad por el Acreedor Hipotecario No Constituye Renuncia. La

payment or modification of amortization of the
prórroga de la fecha de pago, la modificación de la amortiza-

sums secured by this Security Instrument granted
ción de las sumas aseguradas por esta Hipoteca concedida por

by Lender to any successor in interest of Borrower
el Acreedor Hipotecario a cualquier sucesor en título del Deu-

shall not operate to release the liability of the
dor Hipotecario no relevarán de responsabilidad al Deudor

original Borrower or Borrower's successors in
Hipotecario original o a sus sucesores en título. No se reque-

interest. Lender shall not be required to com-
rirá del Acreedor Hipotecario que comience procedimientos con

mence proceedings against any successors in inter-
tra cualquier sucesor en título ni que rehúse extender la fecha

est or refuse to extend time for payment or other-
de pago o que de otra forma modifique la amortización de las

wise modify amortization of the sums secured by
sumas garantizadas por esta Hipoteca por razón de cualquier

this Security Instrument by reason of any demand
exigencia del Deudor Hipotecario original o de sus sucesores

made by the original Borrower or Borrower's suc-
en título. Cualquier indulgencia del Acreedor Hipotecario en

cessors in interest. Any forbearance by Lender in
el ejercicio de cualesquier derecho o remedio no constituirá

exercising any right or remedy shall not be a
renuncia ni impedimento para el ejercicio de cualesquiera de

waiver of or preclude the exercise of any right or
esos derechos y remedios.---------------------------------

remedy.----------------------------------------------------
-----------------------------------------------------------

---12. **Successors and Assigns Bound; Joint and**
---12. Sucesores y Cesionarios Obligados; Responsabilidad

**Several Liability; Co-Signers.** The covenants and
Solidaria; Co-firmantes. Los pactos y convenios contenidos en

agreements of this Security Instrument shall bind
esta Hipoteca obligarán y beneficiarán a los sucesores y cesio-

and benefit the successors and assigns of Lender
narios del Acreedor Hipotecario y del Deudor Hipotecario,

and Borrower, subject to the provisions of Para-
sujeto a las disposiciones del Párrafo 9(b). Los pactos y

graph 9(b). Borrower's covenants and agreements
convenios del Deudor Hipotecario serán solidarios. Cualquier

shall be joint and several. Any Borrower who co-
Deudor Hipotecario que sea co-firmante de esta Hipoteca pero no



signs this Security Instrument but does not exe-
del Pagaré: (a) es co-firmante únicamente para hipotecar todo

cute the Note: (a) is co-signing this Security
su interés y derecho sobre la Propiedad, bajo los términos y

Instrument only to mortgage, grant and convey that
condiciones contenidos en esta Hipoteca; (b) no queda perso-

Borrower's interest in the Property under the
nalmente obligado a pagar las sumas garantizadas por esta

terms of this Security Instrument; (b) is not
Hipoteca; y (c) pacta y conviene que el Acreedor Hipotecario

personally obligated to pay the sums secured by
y cualquier otro Deudor Hipotecario podrán acordar, prorro-

this Security Instrument; and (c) agrees that
gar, modificar, renunciar o llegar a cualquier otro arreglo

lender and any other Borrower may agree to extend,
sobre los términos de esta Hipoteca o del Pagaré, sin el con-

modify, forebear or make any accommodations with
sentimiento de dicho co-firmante de la Hipoteca.---------------

regard to the terms of this Security Instrument or
-----------------------------------------------------------------

the Note without that Borrower's consent.---------
-----------------------------------------------------------------

---13. Notices. Any notice to Borrower provided
---13. Notificaciones. Toda notificación al Deudor Hipote-

for in this Security Instrument shall be given by
cario prevista en esta Hipoteca le será hecha mediante entrega

delivering it or by mailing it by First Class Mail
o por correo de Primera Clase, a menos que el derecho aplicable

unless applicable law requires use of another
requiera el uso de otro método. La notificación le será diri-

method. The notice shall be directed to the Prop-
gida a la dirección de la Propiedad o a la que el Deudor Hipo-

erty address or any other address Borrower desig-
tecario haya designado mediante notificación al Acreedor Hipo-

nates by notice to Lender. Any notice to Lender
tecario. Cualquier notificación al Acreedor Hipotecario se

shall be given by First Class Mail to Lender's
hará por correo de Primera Clase a su dirección expresada en

address stated herein or any address Lender desig-
ésta o a la que el Acreedor Hipotecario designe mediante

nates by notice to Borrower. Any notice provided
notificación al Deudor Hipotecario. Cualquier notificación

for in this Security Instrument shall be deemed to
prevista en esta Hipoteca se entenderá hecha al Deudor Hipo-

have been given to Borrower or Lender when given
tecario o al Acreedor Hipotecario cuando se haya hecho de la

as provided in this paragraph.--------------------
manera dispuesta en este párrafo.---------------------------

---14. Governing Law; Severability. This Secu-
---14. Derecho Aplicable; Separabilidad. Esta Hipoteca se

rity Instrument shall be governed by Federal Law
regirá por la ley Federal y las leyes del Estado Libre Asociado

and the laws of the Commonwealth of Puerto Rico.
de Puerto Rico. En la eventualidad de que cualquier disposi-

In the event that any provision or clause of this
ción o cláusula de esta Hipoteca o del Pagaré conflija con el

Security Instrument or the Note conflicts with
derecho aplicable, dicho conflicto no afectará las demás

applicable law, such conflict shall not affect
disposiciones de esta Hipoteca o del Pagaré que se puedan cum-

other provisions of this Security Instrument or
plir sin la disposición conflictiva. A estos fines las dispo-

the Note which can be given effect without the
siciones de esta Hipoteca y del Pagaré por la presente se

conflicting provision. To this end the provisions
declaran separables.-------------------------------------------

of this Security Instrument and the Note are
---------------------------------------------------------------

declared to be severable.--------------------------
---------------------------------------------------------------

---15. Borrower's Copy. Borrower shall be given
---15. Copia para el Deudor Hipotecario. Al Deudor Hipoteca-

one conformed copy of the Note and of this Secu-
rio se le entregará una copia concordante con esta escritura de

rity Instrument.----------------------------------
Hipoteca.------------------------------------------------------

---16. Hazardous Substances. Borrower shall not
---16. Sustancias Peligrosas. El Deudor Hipotecario no cau-

cause or permit the presence, use, disposal, stor-
sará o permitirá la presencia, uso, distribución, almacena-

age, or release of any Hazardous Substances on or
miento, o emisión de cualquier sustancia peligrosa en la Pro-

in the Property. Borrower shall not do, nor allow
piedad. El Deudor Hipotecario no hará ni permitirá que otras

anyone else to do, anything affecting the Property
personas hagan nada que afecte la Propiedad en violación a

that is in violation of any Environmental Law.
cualquier Ley Ambiental. Lo expresado en las dos oraciones

The preceding two sentences shall not apply to the
anteriores no aplicará a la presencia, uso o almacenamiento en

presence, use, or storage on the Property of small
la Propiedad de pequeñas cantidades de sustancias peligrosas

quantities of Hazardous Substances that are gen-
que son generalmente reconocidas y apropiadas para usos resi-

erally recognized to be appropriate to normal
denciales y mantenimiento de la Propiedad.--------------------

residential uses and to maintenance of the
---------------------------------------------------------------

Property.------------------------------------------
---------------------------------------------------------------



---Borrower shall promptly give Lender written
---El Deudor Hipotecario dará prontamente al Acreedor Hipote-

notice of any investigation, claim, demand, law-
cario notificación escrita de cualquier investigación, recla-

suit or other action by any governmental or regu-
mación, demanda, litigio u otra acción por cualquier agencia

latory agency or private party involving the Prop-
gubernamental o reguladora o persona particular que afecte

erty and any Hazardous Substance or Environmental
la Propiedad y cualquier sustancia peligrosa o Ley Ambiental

Law of which Borrower has actual knowledge. If
de la cual el Deudor Hipotecario tiene conocimiento. Si el

Borrower learns, or is notified by any govern-
Deudor Hipotecario se entera o es notificado por cualquier

mental or regulatory authority, that any removal
autoridad gubernamental o reguladora, que es necesario tomar

or other remediation of any Hazardous Substances
alguna acción remediativa o remover cualquier sustancia peli-

affecting the Property is necessary, Borrower
grosa que afecta la Propiedad, el Deudor Hipotecario tomará

shall promptly take all necessary remedial actions
prontamente todas las acciones necesarias de acuerdo a la

in accordance with Environmental Law.-------------
Ley Ambiental.------------------------------------------

---As used in this Paragraph 16, "Hazardous Sub-
---Tal como se usa en este Párrafo 16, "Sustancias Peligrosas"

stances" are those substances defined as toxic or
son aquellas sustancias definidas como tóxicas o sustancias

hazardous substances by the Environmental Law and
peligrosas por la Ley Ambiental y las siguientes sustancias:

the following substances: gasoline, kerosene,
gasolina, kerosén, otras sustancias inflamables o tóxicas

other flammable or toxic petroleum products, toxic
derivadas de petróleo, insecticidas y herbicidas, solventes

pesticides and herbicides, volatile solvents,
volátiles, materiales que contienen asbestos o formaldehído y

materials containing asbestos or formaldehyde, and
materiales radioactivos. Tal como se usa en este Párrafo 16,

radioactive materials. As used in this Para-
"Ley Ambiental" significa leyes federales y leyes de la juris-

graph 16, "Environmental Law" means federal laws
dicción donde está la Propiedad ubicada relacionadas con sani-

and laws of the jurisdiction where the Property is
dad, seguridad o protección ambiental.----------------------

located that relate to health, safety or environ-
-------------------------------------------------------------

mental protection.-------------------------------------
------------------------------------------------------------

---17. Assignment of Rents. Borrower uncondi-
---17. Cesión de Rentas. El Deudor Hipotecario incondicional-

tionally assigns and transfers to Lender all the
mente cede y transfiere al Acreedor Hipotecario todas las ren-

rents and revenues of the Property. Borrower
tas y réditos de la Propiedad. El Deudor Hipotecario autoriza

authorizes Lender or Lender's agents to collect
al Acreedor Hipotecario o sus agentes a cobrar las rentas y

the rents and revenues and hereby directs each
réditos y por la presente instruye a cada inquilino de la Pro-

tenant of the Property to pay the rents to Lender
piedad que pague las rentas al Acreedor Hipotecario o a sus

or Lender's agents. However, prior to Lender's
agentes. No obstante, antes de que el Acreedor Hipotecario

notice to Borrower of Borrower's breach of any
notifique al Deudor Hipotecario que éste ha violado cualquier

covenant or agreement in the Security Instrument,
convenio o acuerdo contenido en la Hipoteca, el Deudor Hipote-

Borrower shall collect and receive all rents and
cario cobrará y recibirá todas las rentas y réditos de la Pro-

revenues of the Property as trustee for the bene-
piedad como fiduciario para beneficio del Acreedor y del Deudor

fit of Lender and Borrower. This assignment of
Hipotecario. Esta cesión de rentas constituye una cesión abso-

rents constitutes an absolute assignment and not
luta y no una cesión como garantía adicional únicamente.-------

an assignment for additional security only.-------
------------------------------------------------------------

---If Lender gives notice of breach to Borrower:
---Si el Acreedor Hipotecario notifica una violación al Deudor

(a) all rents received by Borrower shall be held
Hipotecario: (a) todas las rentas recibidas por el Deudor

by Borrower as trustee for benefit of Lender only,
Hipotecario las retendrá únicamente en calidad de fiduciario

to be applied to the sums secured by the Security
para beneficio del Acreedor Hipotecario, para ser acreditadas a

Instrument; (b) Lender shall be entitled to col-
las sumas garantizadas por esta Hipoteca; (b) el Acreedor Hipo-

lect and receive all of the rents of the Property;
tecario tendrá derecho a cobrar y a recibir todas las rentas de

and (c) each tenant of the Property shall pay all
la Propiedad; y (c) cada inquilino de la Propiedad pagará al

rents due and unpaid to Lender or Lender's agent
Acreedor Hipotecario o a sus agentes todas las rentas vencidas

on Lender's written demand to the tenant.---------
y adeudadas con sólo mediar requerimiento escrito a esos

-----------------------------------------------------------
efectos.-----------------------------------------------------

---Borrower has not executed any prior assignments
---El Deudor Hipotecario no ha hecho cesión de las rentas ni ha

of the rents and has not and will not perform any
ejecutado ni ejecutará ningún acto que impida al Acreedor Hipo-



act that would prevent Lender from exercising its
tecario ejercitar sus derechos bajo este Párrafo 17.-----------

rights under this Paragraph 17.--------------------
----------------------------------------------------------------

---Lender shall not be required to enter upon,
---Al Acreedor Hipotecario no se requerirá que entre, ni que

take control of or maintain the Property before or
tome control ni que dé mantenimiento a la Propiedad, ni antes

after giving notice of breach to Borrower.   How-
ni después de notificar alguna violación al Deudor Hipotecario.

ever, Lender or a judicially appointed receiver
No obstante, el Acreedor Hipotecario o un síndico nombrado

may do so at any time there is a breach.   Any
judicialmente podrá hacerlo en cualquier momento que exista una

application of rents shall not cure or waive any
violación.  Cualquier aplicación de rentas no subsanará ningún

default or invalidate any other right or remedy of
incumplimiento ni invalidará ningún otro derecho o remedio del

Lender.   This assignment of rents of the Property
Acreedor Hipotecario.  Esta cesión de rentas de la Propiedad

shall terminate when the debt secured by the Secu-
terminará cuando la deuda garantizada por esta Hipoteca se

rity Instrument is paid in full.--------------------
haya pagado en su totalidad.-------------------------------------

---18.  _Foreclosure Procedure_.  If Lender requires
---18.  _Procedimiento de Ejecución_.  Si el Acreedor Hipotecario

immediate payment in full under Paragraph 9,
requiere el pago total inmediato bajo el Párrafo 9, podrá invo-

Lender may invoke the power of sale and any other
car el poder de venta y cualesquiera otros remedios permitidos

remedies permitted by applicable law.   Lender
por las leyes aplicables.  El Acreedor Hipotecario tendrá dere-

shall be entitled to collect all expenses incurred
cho a cobrar todos los gastos incurridos en la consecución de

in pursuing the remedies provided in this Para-
los remedios provistos en este Párrafo 18, incluyendo, sin im-

graph 18, including, but not limited to, reasona-
plicar limitación, honorarios de abogado razonables y los cos-

ble attorney's fees and cost of title evidence.----
tos de evidencia de título.--------------------------------------

---If Lender invokes the power of sale, Lender
---Si el Acreedor Hipotecario invoca el poder de venta, el

shall give notice of sale to Borrower in the
Acreedor Hipotecario dará notificación de la venta al Deudor

manner provided in Paragraph 13.   Lender shall
Hipotecario en la forma estipulada en el Párrafo 13.   El

publish and post the notice of sale, and the
Acreedor Hipotecario publicará y anunciará el aviso de venta, y

Property shall be sold in the manner prescribed by
la Propiedad se venderá en la forma estipulada por la ley

Puerto Rico Revised Form August 1996

applicable law. Lender or its designee may pur-
aplicable. El Acreedor Hipotecario o persona designada puede

chase the Property at any sale. The proceeds of
comprar la Propiedad en cualquier venta. El producto de la

the sale shall be applied in the following order:
venta será aplicado en el siguiente orden: (a) a todos los

(a) to all expenses of the sale, including, but
gastos de la venta, incluyendo, pero no limitado a, gastos

not limited to, reasonable attorney's fees; (b) to
razonables de abogado; (b) a todas las sumas garantizadas por

all sums secured by this Security Instrument; and
esta Hipoteca; y (c) cualquier exceso a la persona o personas

(c) any excess to the person or persons legally
que legalmente tengan derecho a ello.-------------------------

entitled to it.------------------------------------
--------------------------------------------------------------

---If the Lender's interest in this Security
---Si el interés del Acreedor Hipotecario en esta Hipoteca está

Instrument is held by the Secretary and the Secre-
en poder del Secretario y el Secretario requiere pago total de

tary requires immediate payment in full under
inmediato bajo el Párrafo 9, el Secretario pueda invocar el po-

Paragraph 9, the Secretary may invoke the non-
der de venta no judicial estipulado en la Ley de Ejecución de

judicial power of sale provided in the Single
Hipoteca Unifamiliar de 1994 ("Ley") (12 U.S.C. § 3751 et seq.)

Family Mortgage Foreclosure Act of 1994 ("Act")
solicitando la ejecución a un comisionado designado bajo la Ley

(12 U.S.C. § 3751 et seq.) by requesting a fore-
para que comience la ejecución y venda la Propiedad según esti-

closure commissioner designated under the Act to
pulado en la Ley. Nada en la oración anterior privará al

commence foreclosure and to sell the Property as
Secretario de cualquier derecho de otra manera disponible al

provided in the Act. Nothing in the preceding
Acreedor Hipotecario bajo este Párrafo 18 o la ley aplicable.--

sentence shall deprive the Secretary of any rights
--------------------------------------------------------------

otherwise available to a Lender under this Para-
--------------------------------------------------------------

graph 18 or applicable law.-----------------------
--------------------------------------------------------------

---19. Condominium Covenants. If the Property is
---19. Acuerdos para Régimen de Propiedad Horizontal. Si la

a condominium unit, the following clause shall
Propiedad es una sometida al Régimen de Propiedad Horizontal,

apply, and any conflicting provision in this Secu-
aplicará la siguiente cláusula y cualesquiera disposición con-

rity Instrument shall be superseded.--------------
flictiva en esta Hipoteca quedará sin efecto.-----------------



---A. So long as the Owners' Association of the
---A. Mientras el Consejo de Titulares del condominio ("La

condominium maintains, with a generally accepted
Junta") mantenga una póliza maestra con un asegurador general-

insurance carrier, a "master" or "blanket" policy
mente aceptado, asegurando toda la propiedad sujeta al régimen

insuring all property subject to the condominium
de Propiedad Horizontal, incluyendo todas las mejoras existen-

documents, including all improvements now existing
tes o que se erijan en el futuro sobre la Propiedad, y esa

or hereafter erected on the Property, and such
póliza es satisfactoria para el Acreedor Hipotecario y pro-

policy is satisfactory to Lender and provides
vee cubierta de seguro en las cantidades, por los plazos, y

insurance coverage in the amounts, for the
contra los riesgos requeridos por el Acreedor Hipotecario,

periods, and against the hazards Lender requires,
incluyendo fuego y otros riesgos comprendidos dentro del tér-

including fire and other hazards included within
mino "cubierta extendida", y pérdida por inundaciones hasta el

the term "extended coverage", and loss by flood,
máximo requerido por el Secretario, entonces: (i) el Acreedor

to the extent required by the Secretary, then:
Hipotecario renuncia a la disposición del Párrafo 2 de esta

(i) Lender waives the provision in Paragraph 2 of
Hipoteca para el pago mensual al Acreedor Hipotecario de una

this Security Instrument for the monthly payment
doceava parte de los pagos anuales de primas de seguro contra

to Lender of one-twelfth of the yearly premium
riesgo en la Propiedad, y (ii) la obligación del Deudor Hipo-

installment for hazard insurance on the Property,
bajo el Párrafo 4 de mantener cubierta de seguro contra riesgos

and (ii) Borrower's obligation under Paragraph 4
a la Propiedad se entiende satisfecha hasta el máximo que la

of this Security Instrument to maintain hazard
cubierta requerida es provista por la póliza de la Junta. El

insurance coverage on the Property is deemed sat-
Deudor Hipotecario dará pronto aviso al Acreedor Hipotecario

isfied to the extent that the required coverage is
de cualquier interrupción de la cubierta de seguro contra

provided by the Owners' Association policy. Bor-
riesgo requerida y de cualquier pérdida causada por riesgo.

rower shall give Lender prompt notice of any lapse
En caso de distribución del producto del seguro contra ries-

in required hazard insurance coverage and of any
gos en lugar de la restauración o reparación después de una

loss occurring from a hazard. In the event of a
pérdida sufrida por la Propiedad, ya sea en la unidad en condo-

distribution of hazard insurance proceeds in lieu
minio o en los elementos comunes, cualquier cantidad pagadera

of restoration or repair following a loss to the
al Deudor Hipotecario queda por la presente cedida y será paga-

Property, whether to the Condominium unit or to
dera al Acreedor Hipotecario para aplicarse a las sumas asegu-

the common elements, any proceeds payable to Bor-
radas por esta Hipoteca y cualquier exceso será pagadero a

rower are hereby assigned and shall be paid to
quien legalmente tenga derecho al mismo.------------------

Lender for application to the sums secured by this
----------------------------------------------------------------

Security Instrument, with any excess paid to the
----------------------------------------------------------------

entity legally entitled thereto.--------------------
----------------------------------------------------------------

---B. Borrower promises to pay all dues and
---B. El Deudor Hipotecario promete pagar su parte proporcio-

assessments imposed pursuant to the legal instru-
nal de los gastos comunes y derramas impuestos por la Junta,

ments creating and governing the Condominium
según dispuesto en los reglamentos del Condominio.------------

Project.---------------------------------------------
----------------------------------------------------------------

---C. If Borrower does not pay condominium dues
---C. Si el Deudor Hipotecario no paga sus cuotas de manteni-

and assessments when due, then Lender may pay
miento y derramas a su vencimiento, el Acreedor Hipotecario

them. Any amounts disbursed by Lender under this
podrá pagarlas. Cualquier suma desembolsada por el Acreedor

Paragraph C shall become additional debt of Bor-
Hipotecario bajo este Párrafo C se convertirá en una deuda

rower secured by this Security Instrument. Unless
adicional del Deudor Hipotecario asegurada por esta Hipoteca.

Borrower and Lender agree to other terms of pay-
A menos que el Deudor Hipotecario y el Acreedor Hipotecario

ment, these amounts shall bear interest from the
acuerden otros términos de pago, estas sumas devengarán interés

date of disbursement, at the Note's rate and shall
desde la fecha del desembolso al tipo establecido en el Pagaré

be payable, with interest, upon notice from Lender
y serán pagaderas, con intereses, tan pronto como el Acreedor

to Borrower requesting payment.--------------------
Hipotecario haga requerimiento de pago.-----------------------

---D. In this case Lender may also declare the
---D. En este caso el Acreedor Hipotecario puede también de-

total amounts owed by virtue of the Note and all
clarar inmediatamente vencida, exigible y pagadera la suma to-

of the amounts secured by this Security Instrument
tal adeudada por virtud del Pagaré y todas las cantidades

immediately due, demandable, and payable, if Bor-
garantizadas por esta Hipoteca, si el Deudor Hipotecario no





rower fails to make the monthly payments of mort-
efectúa los pagos mensuales para la prima de seguro hipote-

gage insurance premium payable to the Secretary.--
cario pagaderos al Secretario.--------------------------------

**FIFTH: Minimum Bidding Amount.** In compliance
QUINTO: Tipo Mínimo en Subasta. En cumplimiento de lo dis-

with the provision of Article One Hundred Seventy-
puesto en el Artículo Ciento Setenta y Nueve (179) de la Ley

Nine (179) of Act Number One Hundred Ninety-Eight
Número Ciento Noventa y Ocho (198), aprobada el día ocho (8) de

(198) approved on August eight (8), Nineteen Hun-
agosto de mil novecientos setenta y nueve (1979), por la pre-

dred Seventy-Nine (1979), it is hereby agreed that
sente se fija como tipo mínimo para la primera subasta, en caso

the minimum bidding amount for the first public
de ejecución, la cantidad de _____

auction in case of foreclosure is fixed in the

amount of ONE HUNDRED NINETEEN THOUSAND FIFTY DOLLARS------

($119,050.00)-------------------------------------

**SIXTH: Recording in the Registry of Property.**
SEXTO: Inscripción en el Registro de la Propiedad. El Deudor

Borrower expressly agrees with Lender that in the
Hipotecario conviene expresamente que de no poderse inscribir

event it is not possible to record this Mortgage
esta Hipoteca como Primer Gravamen Hipotecario, por cualquier

in the corresponding Registry of Property, for any
causa, con preferencia a cualquier otra deuda y sin defectos de

reason whatsoever, as a First Mortgage Lien,
clase alguna, dentro de un término que no excederá de sesenta

senior to any and every other lien and without any
(60) días contados desde este otorgamiento, la deuda se consi-

defects of any kind whatsoever, within a period
derará vencida en su totalidad y el Acreedor Hipotecario podrá

not exceeding sixty (60) days from the execution
proceder a su cobro por la vía judicial.----------------------

of this Mortgage, the debt shall become totally
------------------------------------------------------------

due and Lender may proceed to its judicial collec-
------------------------------------------------------------

tion.-------------------------------------------------------
------------------------------------------------------------

**SEVENTH: Mortgage and Note; Interpretation.** The
SEPTIMO: Hipoteca y Pagaré; Interpretación. Esta Hipoteca y

Mortgage and the Note have been originally drafted
el Pagaré han sido originalmente redactados en el idioma inglés

in English and the interpretation of their texts
y la interpretación de sus textos en este idioma prevalecerá

in this language shall prevail over their Spanish
sobre su traducción al español.-----------------------------

translations.------------------------------------------------
-------------------------------------------------------------

**EIGHTH:** **Description and Registration Data of the**
OCTAVO:  Descripción y Datos de Inscripción de la Propiedad.

**Property.**-----------------------------------------------
-------------------------------------------------------------

----**RÚSTICA:** Predio de terreno compuesto originalmente de seis (6) cuerdas, equivalentes a dos (2) hectares, cincuenta y cinco (55) áreas y ochenta (80) centiáreas (23,583.00) metros cuadrados. El cual a virtud de segregación efectuada ha quedado reducida su cabida a una (1.00) cuerda, radicado en el Barrio Capa del municipio de Cayey, Puerto Rico. Lindando por el NORTE, con tierras de Manuel Orraca; por el SUR, con el Río Lapa, por el ESTE, con el resto de la finca de la que se segrega esta porción, y por el OESTE, con tierras de Manuel Alsina. Enclava una casa.----------------------------------------

----The property is recorded at page one hundred forty five (145) of

volume three hundred fifteen (315) of Cayey, property number ten

thousand six hundred sixty nine (10,669), Registry of the Property of

Caguas, Second Section.----------------------------------------

----**PROPERTY ADDRESS:** 61 Pasto Viejo Ward, Cayey, Puerto Rico

00736.----------------------------------------------------------
-------------------------------------------------------------
-------------------------------------------------------------
-------------------------------------------------------------
-------------------------------------------------------------
-------------------------------------------------------------
-------------------------------------------------------------
-------------------------------------------------------------
-------------------------------------------------------------
-------------------------------------------------------------
-------------------------------------------------------------
-------------------------------------------------------------
-------------------------------------------------------------
-------------------------------------------------------------
-------------------------------------------------------------
-------------------------------------------------------------
-------------------------------------------------------------



----The Notary states that he has advised the appearing party(ies) that, if the
----*El Notario hace constar el haber advertido al (los) compareciente(s) que, de estar la*

property object of this deed is subject to any mortgage liens with priority over
*propiedad objeto de esta escritura sujeta a algún gravamen hipotecario con prioridad a*

this mortgage, according to the agreement with the financing institution and
*la hipoteca constituida mediante esta escritura, según lo acordado con la institución*

the requirement of Regulation Number 5337 approved by the Office of the
*financiera y requerido por el Reglamento Número 5337 promulgado por la Oficina del*

Commissioner for Financial Institutions, the financing institution must retain
*Comisionado de Instituciones Financieras, la institución financiera deberá retener de los*

from the funds generated by this mortgage loan a balance sufficient to pay
*fondos generados por el préstamo garantizado por esta hipoteca un balance suficiente*

and cancel said lien(s); that there is(are) a (some) check(s) which said
*para saldar y cancelar dicho(s) gravamen(es); que existe(n) un(os) cheque(s) el (los)*

Regulation Number 5337 requires the financing institution to remit to said
*cual(es) dicho Reglamento Número 5337 requiere que la institución financiera remita al*

creditor(s) within the next five (5) working days after the execution of this
*(los) acreedor(es) correspondiente(s) dentro de los próximos cinco (5) días laborables*

deed, in order to obtain the cancellation of said lien(s), although there is no
*para la cancelación de tal(es) gravamen(es), aunque esto no constituye una garantía*

guaranty that this will be done; that the owner of the property being
*de que ello así será hecho; que el dueño de la propiedad hipotecada mediante esta*

mortgaged pursuant to this deed has the right to require that such lien(s) be
*escritura tiene el derecho a exigir que tal(es) gravamen(es) sea(n) cancelado(s) en el*

cancelled concurrently with this financing, and that if said owner voluntarily
*mismo acto de este financiamiento, y que de renunciar voluntariamente a ese derecho*

waives such right the appearing parties have been advised and are aware
*el (los) compareciente(s) queda(n) advertido(s) y está(n) consciente(s) de los riesgos*

of the risks and consequences if such lien(s) are not cancelled; that
*y consecuencias de que dicho(s) gravamen(es) no sea(n) cancelado(s); que el*

Regulation 5337 also requires said creditor(s) to notify the mortgagor (s) not
*Reglamento 5337 también requiere a dicho(s) acreedor(es) informar al (los) deudor(es)*

later than thirty (30) working days after receipt of said payment; and that
*dentro de treinta (30) días laborables de haber recibido dicho(s) pago(s);*

under the provisions of the Truth in Lending Act, in such cases as these
*y que bajo las disposiciones del Truth in Lending Act, en los casos en que estas*

provisions are applicable, the financing institution has no obligation to
*disposiciones sean aplicables, la institución financiera no tiene obligación de*

disburse any of the proceeds of the loan secured by this mortgage until, in
*desembolsar todo ni parte del préstamo garantizado por esta hipoteca hasta que, en los*

the appropriate cases, the mortgagee shall waive such right to rescind or
*casos apropiados, el deudor hipotecario renuncie al derecho de rescindir o hasta haber*

until the period allowed for such recision has expired. These warnings having
*transcurrido el período durante el cual él tiene el derecho de rescindir, el préstamo.*

been made, the appearing party(ies) have waived the right to require that
*Hechas estas advertencias, el (los) compareciente(s) ha(n) renunciado al derecho de*

said lien(s) be cancelled concurrently with this act. ————————
*el gravamen(es) sea(n) cancelado(s) en este mismo acto. ————————*

NINTH: Borrower (Notary's Personal Knowledge or
NOVENO: Deudor Hipotecario (Fe Notarial de Conocimiento Perso-

Form of Identification. ————————————————
nal o Identificación). ————————————————————

————ELIZABET VEGA MENDOZA, of legal age, single, property owner

and resident of San Juan, Puerto Rico, personally known to me.————

————————————————————————————
————————————————————————————
————————————————————————————
————————————————————————————
————————————————————————————
————————————————————————————
————————————————————————————
————————————————————————————
————————————————————————————
————————————————————————————
————————————————————————————
————————————————————————————
————————————————————————————
————————————————————————————
————————————————————————————
————————————————————————————
————————————————————————————



**TENTH:** Lender (Notary's Personal Knowledge or

DECIMO: Acreedor Hipotecario (Fe Notarial de Conocimiento

Form of Identification. Lender is ---------------

Personal o Identificación). El Acreedor Hipotecario es -----------

--- E.M.I. EQUITY MORTGAGE, INC. Employer Social

Security Number "66-0427030", a Corporation duly

organized and existing under the Laws of the

Commonwealth of Puerto Rico, with principal offices

at San Juan, Puerto Rico, herein represented by its

Agent JOSE REINALDO TORRES IRIZARRY, ALSO KNOWN AS

JOSE R. IRIZARRY, who is of legal age, married,

executive and resident of Bayamón, Puerto Rico,

personally known to me, as per Certificate of

Corporate Resolution executed on May 3, 2006 by

Arlean J. Zaragoza, Secretary of E.M.I. Equity

Mortgage, Inc., suscribed on May Three (3) Two

Thousand Six (2006) before Notary Public David

Cardona Dingui, Affidavit Number Three Thousand Two

Hundred Eighty Nine (3289).------------------------

**ELEVENTH:** Homestead Rights; Waiver. To further

UNDECIMO: Hogar Seguro; Renuncia. Para mayor garantía de pago

secure payment of the Note, Borrower, in confor-

del Pagaré, el Deudor Hipotecario, de conformidad con las leyes

mity with the laws of the Commonwealth of Puerto

del Estado Libre Asociado de Puerto Rico, expresamente renuncia

Rico, expressly waives in favor of Lender his

a favor del Acreedor Hipotecario su derecho de hogar seguro so-

homestead and property rights, with all of the

bre la Propiedad con todos los usos y derechos que en la actua-

uses and rights which he presently possesses or

lidad posee o que pueda poseer en el futuro, expresamente

may in the future possess therein, expressly waiv-

renunciando a favor del Acreedor Hipotecario todos sus títulos,

ing in favor of Lender all of his titles, rights

derechos e intereses de cualquier clase o descripción en la

and interests of any kind or description in the

Propiedad y en los edificios en ella construidos, que actual-

Property and in the buildings constructed thereon,

mente o en el futuro posea.-----------------------------------

which he presently possesses or may in the future

----------------------------------------------------------

possess.-------------------------------------------------

----------------------------------------------------------

-------------------ACCEPTANCE-------------------
-------------------ACEPTACION-------------------

---The appearing parties, Lender and Borrower,
---Los comparecientes, Acreedor y Deudor Hipotecario, aceptan

accept this Deed in its entirety and I, the
esta Escritura en su totalidad y Yo, el Notario, les hice las

Notary, made to the appearing parties the neces-
advertencias legales pertinentes a su otorgamiento. Yo, el

sary legal warnings concerning its execution. I,
Notario, advertí a los comparecientes de su derecho a tener

the Notary, advised the appearing parties as to
testigos presentes en este otorgamiento, a cuyo derecho renun-

their right to have witnesses present at this
ciaron. Luego de haber sido leída esta Escritura por los

execution, which right they waived. The appearing
comparecientes, la ratifican totalmente y confirman que las

parties, having read this Deed in its entirety,
declaraciones contenidas en la misma reflejan fiel y exacta-

fully ratify and confirm the statements contained
mente sus estipulaciones, pactos y convenios, por lo que los

herein as the true and exact embodiment of their
comparecientes firman esta Escritura ante mí, el Notario, y

stipulations, covenants and agreements, whereupon
escriben sus iniciales en todas y cada una de sus páginas.------

the appearing parties sign this Deed before me,
-----------------------------------------------

the Notary, and place their initials on each and
-----------------------------------------------

every page of this Deed.------------------------
-----------------------------------------------

---I, the Notary, do hereby certify and attest as
---Yo, el Notario, por la presente certifico y DOY FE de todo

to everything stated or contained in this Deed.---
lo declarado y contenido en esta Escritura.--------------------

---SE ACLARA QUE LA COMPARECIENTE FUE EMANCIPADA. YO, EL NOTARIO,
REPITO LA FE. ------------------------------------------------

---SIGNED: ELIZABRT VEGA MENDOZA. JOSE REINALDO TORRES ------
IRIZARRY. --- SIGNED, SEALED, MARKED AND FLOURISHED: DAVID -
CARDONA DINGUI. ------------------------------------------------

---THE ORIGINAL OF THIS DEED CONTAINS SIXTEEN (16) FOLIOS. --



The corresponding Internal Revenue Stamps and the Notarial Stamp
have been cancelled on the original of this deed. The signature of
all the appearing parties were written by them on the last page of the
original of this deed, also their initials were written by them on every
page. I Hereby certify that the preceeding document is a true copy
of the first certified copy of its original in my Protocol to be filed at
the corresponding Registry of Property of Puerto Rico.----------

Notary Public

Certifico que en la misma fecha de su otorgamiento expedí Primera Copia Certificada de esta escritura a favor de FirstBank. Doy Fe.

_____
Notario Público



-------------- Escritura Número: Ciento treinta y nueve (139) --------------

## ----------------- MODIFICACIÓN Y CANCELACIÓN-----------------
## ----------------------- PARCIAL DE HIPOTECA -----------------

--- En la ciudad de San Juan, Puerto Rico a los treinta (30) días del mes de abril de dos mil quince (2015). ----------------------------------------

### ----------------------------- ANTE MÍ -----------------------------

--- **Laura Cristina Rivera Sorrentini**, Abogado(a) y Notario de la Isla de Puerto Rico, con residencia en Guaynabo, Puerto Rico, y estudio abierto en San Juan, Puerto Rico.---------------------------------------------

### ----------------------------- COMPARECEN -----------------------------

--- **De la Primera Parte: Elizabeth Vega Mendoza**, mayor de edad, soltera, propietaria y vecina de Cayey, Puerto Rico (en adelante denominado(s) el "*Deudor*"). ----------------------------------------------

---**Y De La Segunda Parte: FirstBank Puerto Rico**, una corporación, organizada y existente bajo las leyes del Estado Libre Asociado de Puerto Rico (con el número de seguro social patronal 66-0183103), representada en este acto por **Javier Hernández Scimeca**, mayor de edad, casado, empleado y vecino de San Juan, Puerto Rico, autorizado para esta comparecencia quien acredita sus facultades mediante Certificado de Resolución del diez (10) de octubre del dos mil catorce (2014) ante el Notario Público Manuel L. Iravedra Díaz, mediante el testimonio número sesenta y tres (63) (en adelante denominada el "*Acreedor*").---------------------------------------------------------

--- El Deudor y el Acreedor podrán ser denominados colectivamente como los "*Comparecientes*".---------------------------------------------------

### ----------------------------- DOY FE -----------------------------

--- De conocer personalmente al representante autorizado del Acreedor y de haber identificado al Deudor mediante su tarjeta electoral la cual muestra voluntariamente expedida por el Estado Libre Asociado de Puerto Rico la cual tiene sus fotos y firmas, según los establece el Artículo 17(c) de la Ley 75 del dos (2) de julio de mil novecientos ochenta y siete (1987) y por sus dichos la doy de sus circunstancias personales. Aseguran tener, y a mi juicio tienen, la capacidad legal necesaria para este otorgamiento, y en tal virtud, libre y voluntariamente:

### ----------------------------- EXPONEN -----------------------------

--- **PRIMERO:** Que el día **dieciséis (16) de febrero de dos mil siete (2007)** el Deudor otorgó una hipoteca (en adelante la "*Hipoteca*") en garantía de un pagaré (en adelante el "*Pagaré*") por la suma principal de **ciento diecinueve mil cincuenta dólares ($119,050.00)**, el cual devenga intereses al **seis por ciento (6.00%)** a favor de **EMI Equity Mortgage, Inc.**, o a su orden, constituída mediante la escritura número **cincuenta y seis (56)** ante el Notario Público **David Cardona Dingui**, la cual fue

modificada para un nuevo principal de ciento diecinueve mil setecientos treinta y dos dólares con cincuenta y un centavos ($119,732.51) con intereses al cuatro y medio por ciento (4 ½%) anual por doce (12) meses luego al seis por ciento (6%) anual, vencedero el día uno (1) de diciembre de dos mil cincuenta (2050), constituída mediante la escritura número cuatrocientos sesenta y cinco (465), otorgada en San Juan, Puerto Rico, el día diecisiete (17) de diciembre de dos mil diez (2010), ante el notario Eduardo J. Navarro Pluguez, sobre el siguiente bien inmueble (en adelante la "*Propiedad*"). ---------------------------------

---**RUSTICA:** Predio de terreno compuesto· originalmente de seis (6) cuerdas, equivalentes a dos (2) hectáreas, cincuenta y cinco (55) áreas y ochenta (80) centiáreas veintitrés mil quinientos ochenta y tres punto cero cero (23,583.00) metros cuadrados. El cual a virtud de segregación efectuada ha quedado reducida su cabida a uno punto cero cero (1.00) cuerda, radicado en el barrio Lapa del municipio de Cayey, Puerto Rico. Lindando por el **NORTE**, con tierras de Manuel Orraca; por el **SUR**, con el Río Lapa; por el **ESTE**, con el resto de la finca de la que segrega esta porción; y por el **OESTE**, con tierras de Manuel Alsina. --------------

---Enclava una casa, con valor de treinta mil dólares ($30,000.00), según la escritura número veintiuno (21), otorgada en Cayey, Puerto Rico, el día veintiséis (26) de mayo de mil novecientos noventa y dos (1992), ante el notario Agustín Ponce de León, inscrito al folio 147 del tomo 315 de Cayey, finca número 10,669, inscripción 4ta.----------------------------

---**Finca Número:** 10,669, inscrita al folio 145 del tomo 315 de Cayey. Registro de la Propiedad de Puerto Rico, Sección I de Caguas. ------------

--- **SEGUNDO:** Manifiesta y representa el Acreedor que es tenedor del Pagaré y que el mismo lo tiene en su poder desde que se originó la deuda hipotecaria y que no ha sido negociado ni cedido. En la eventualidad que el Acreedor no haya sido el original acreedor hipotecario del mismo, el pagaré fue debidamente negociado y cedido a favor del mismo y es el actual tenedor y dueño por endoso. ---------------------------------------

--- **TERCERO:** Como alternativa a la aceleración del vencimiento del Pagaré, así como los demás remedios que tiene a su haber el Acreedor de conformidad con los términos y condiciones del Pagaré y de la Hipoteca, el Acreedor le ha concedido al Deudor la oportunidad de restructurar los términos y condiciones del Pagaré y de la Hipoteca. Ello luego de haber tomado en cuenta ciertos criterios de elegibilidad como son la condición económica y la capacidad de repago del Deudor, entre otros. -

--- **CUARTO:** El Deudor incurrirá en incumplimiento del presente acuerdo de restructuración si no paga la cantidad total de cada pago mensual a la fecha de su vencimiento. En tal caso, el Acreedor, sus cesionarios o sucesores en derecho podrán notificarle al Deudor, de conformidad con la forma establecida en el Pagaré y la Hipoteca, que si no paga la cantidad vencida para cierta fecha, podrán rescindir el presente acuerdo de restructuración y requerirle el saldo inmediato de la



suma total del principal no pagada, más todos los intereses, recargos y demás cantidades que les adeude el Deudor. ------------------------------

--- **QUINTO**: Los Comparecientes acuerdan renegociar los términos y condiciones del préstamo hipotecario, y por la presente modifican el Pagaré y la escritura de Hipoteca de la siguiente manera: ------------------

--- **A)** La cantidad principal adeudada se reduce para que sea igual a la cantidad principal de **ciento diecisiete mil doscientos cuarenta y ocho dólares con dieciséis centavos ($117,248.16)** en adelante denominada la *"Nueva Suma Principal"*. -------------------------------------------

--- **B)** La tasa de interés y el pago mensual de principal e intereses se enmienda a los efectos de ser pagados como se describe a continuación:-

--- Del **primero (1ero) de mayo de dos mil quince (2015) al primero (1ero) de abril de dos mil dieciséis (2016)** el pago mensual de principal e intereses será **quinientos cincuenta dólares con sesenta y tres centavos ($550.63)** calculados a razón de una tasa de interés anual del **cuatro punto cincuenta por ciento (4.50%) anual.**------------------

---Del **primero (1ero) de mayo de dos mil dieciséis (2016) al primero (1ero) de abril de dos mil diecisiete (2017)** el pago mensual de principal e intereses será **quinientos ochenta y seis dólares con noventa y seis centavos ($586.96)** calculados a razón de una tasa de interés anual del **cinco punto cero cero por ciento (5.00%) anual.**------

---Del **primero (1ero) de mayo de dos mil diecisiete (2017) al primero (1ero) de diciembre de dos mil cincuenta (2050)** el pago mensual de principal e intereses será **seiscientos veintitrés dólares con sesenta y un centavos ($623.61)** calculados a razón de una tasa de interés anual del **cinco punto cincuenta por ciento (5.50%) anual.**-----------------------

--- **C)** La fecha del último pago de principal e intereses será el **primero (1ro) de diciembre de dos mil cincuenta (2050).**------------------------

--- **D)** El término del préstamo será de **cuatrocientos veintiocho (428) plazos mensuales.**-------------------------------------------------

--- **E)** Los atrasos acumulados por concepto de intereses y recargos durante los pasados **ocho (8)** meses, para un total de **cinco mil cincuenta y un dólares con ochenta y nueve centavos ($5,051.89)**, serán satisfechos el **primero (1ro) de diciembre de dos mil cincuenta (2050)**.--------------------------------------------------------

--- **F)** El Deudor entiende y acepta que los pagos mensuales por principal e intereses no incluyen los pagos necesarios para contribuciones y seguros, los cuales podrán cambiar periódicamente durante el término de la hipoteca. -------------------------------------------------------

--- **G)** El tipo mínimo para la primera subasta en caso de ejecución será la Nueva Suma Principal indicada en el inciso (A). ------------------------



--- **SEXTO: No Novación.** Los Comparecientes reconocen que la presente modificación no constituye una novación de la obligación representada por el Pagaré y la Hipoteca, quedando inalterados todos los demás términos y condiciones que no han sido expresamente modificados mediante esta escritura. Las enmiendas o cualquier otro acuerdo llevado a cabo en esta escritura no constituye una aceptación de las partes para llevar a cabo cualquier otra enmienda no especificada en esta escritura a los términos, condiciones u obligaciones del Pagaré y de la Hipoteca o de cualquier otro documento relacionado a dichos documentos. Tampoco constituye un relevo de cualquier término, condición u obligación del Pagaré o de la Hipoteca, según enmendados, o de cualquier otro documento relacionado a dichos documentos. --------

-------------- **CANCELACIÓN PARCIAL DE HIPOTECA** -------------

--- **SÉPTIMO:** Conforme a la ejecución de la presente escritura y la reducción de la cantidad principal adeudada, los Comparecientes cancelan parcialmente la cantidad principal de la hipoteca por la cantidad de **dos mil cuatrocientos ochenta y cuatro dólares con treinta y cinco centavos ($2,484.35)**. Por tal razón solicita al (a la) Honorable Registrador (a) de la Propiedad que se sirva tomar razón de la cancelación parcial de la Hipoteca y haga la anotación correspondiente en los libros a su digno cargo. ----------------------------------------------



--- Yo, el (la) Notario, CERTIFICO que adjunté al Pagaré un "Allonge" el cual relata las modificaciones hechos al mismo mediante la presente escritura y que dicho "Allonge" contiene mi firma y mi sello notarial. ---

-------------------------------- **ACEPTACIÓN** ------------------------------

--- Yo, el (la) Notario, CERTIFICO haber tenido ante mí el Pagaré, habiéndolo identificado por su texto, y de haberle adherido al mismo una nota de modificación y ampliación ("Allonge"), bajo mi firma y sello notarial, a los efectos de relatar las modificaciones hechos al mismo mediante la presente escritura y que luego lo devolví al Acreedor para su custodia. -------------------------------------------------------------

--- Los Comparecientes aceptan esta escritura en todas sus partes y en la misma se ratifican por hallarla redactada de conformidad con sus deseos e instrucciones, y por reflejar adecuadamente sus acuerdos. ----------------

----------------------------- **ADVERTENCIAS** -----------------------------

--- Yo, el (la) Notario autorizante, les hice a los Comparecientes todas las reservas y advertencias legales pertinentes aplicables a este otorgamiento, incluyendo el derecho de requerir la presencia de testigos, a cuyo derecho renunciaron. -------------------------------------------------

----------------------------------------------------------------------

----------------------------------------------------------------------

----------------------------------------------------------------------

------------------ **LECTURA Y OTORGAMIENTO**------------------------

--- Tal es la escritura que otorgan los comparecientes, luego de ser leída, ratificándose en cuanto a su contenido, escribiendo las letras iniciales de sus nombres y apellidos al margen de cada una de las hojas de este instrumento y firmando sus nombres al final, todo ello en mi presencia y conmigo. De ello, así como de todo lo demás consignado o referido en este instrumento público, el cual firmo, signo, sello y rubrico, Yo, el (la) Notario, DOY FE. ------------------------------------------------





---El mismo día y en el lugar de primera su otorgamiento, expedí primera copia certificada a favor de Firstbank Puerto Rico. Doy Fe.-----

NOTARIO PÚBLICO

---**ESCRITURA NÚMERO:**CUATROCIENTOS SESENTA Y CINCO (465) --

------ **AMPLIACION Y MODIFICACIÓN DE HIPOTECA** ------

---En la Ciudad de San Juan, Puerto Rico, a los diecisiete (17) días del mes de diciembre del año dos mil diez (2010).-----------------------------

--------------------- **ANTE MI** --------------------

--- EDUARDO J. NAVARRO PLUGUEZ----------------------------

---ABOGADO Y NOTARIO PUBLICO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, con oficina en San Juan y residencia en la ciudad de San Juan,----- Puerto Rico.--

----------------------COMPARECEN-----------------

---DE UNA PARTE: ELIZABETH VEGA MENDOZA, mayor de edad, soltera, propietaria y vecina de Cayey, Puerto Rico, de ahora en adelante mencionados en este documento como "LA DEUDORA".----------------

---DE OTRA PARTE: FIRSTBANK PUERTO RICO, un banco comercial organizado bajo las Leyes del Estado Libre Asociado de Puerto Rico, representado en este acto por su Oficial Autorizado, ISABEL CANDELAS SANABRIA mayor de edad, soltera, ejecutiva y vecina de Carolina, Puerto Rico.-----------------------------------------------

------------------------------------------------------

------------------------------------------------------

según Certificado de Resolución notarizado bajo el Testimonio Número cuatrocientos setenta y ocho (478) de fecha treinta de agosto de dos mil diez (2010) ante la Notario Yalees Llavona Delgado, de ahora en adelante mencionado en este documento como "El PRESTADOR".-----------------------------

---**DOY FE** de haberme asegurado de la identidad de los comparecientes de la Primera Parte, conforme a lo dispuesto en el inciso "C" del Artículo Diecisiete (17) de la Ley Notarial de Puerto Rico, y de conocer personalmente a la representante del Banco aquí compareciente, y por sus dichos de su

edad, estado civil, profesión y vecindad.----------

---Me aseguran tener y a mi juicio tienen la capacidad legal necesaria para el presente otorgamiento y en tal virtud libremente,-----------

--------------------- **EXPONEN** ------------------

---**PRIMERO:** Por escritura número cincuenta y seis (56) de fecha dieciséis (16) de febrero de dos mil siete (2007), otorgada en la ciudad de San Juan, Puerto Rico, ante el Notario David Cardona Dingui, se constituyó hipoteca en garantía de un pagaré suscrito a favor de E.M.I. Equity Mortgage Inc., cuyo acreedor actual es Firstbank Puerto Rico tenedor de dicho pagaré, por la suma de CIENTO DIECINUEVE MIL CINCUENTA DOLARES ($119,050.00) de principal, intereses al seis por ciento (6 %) anual, vencedero el día primero de marzo del dos mil treinta y siete (2037), más sus créditos accesorios, el cual lleva el testimonio número tres mil seiscientos ochenta y tres (3,683), cuya hipoteca se encuentra inscrita al folio ciento dieciocho del tomo quinientos cincuenta y cinco de Cayey, finca número diez mil seiscientos sesenta y nueve (10,669), Registro de la Propiedad de Caguas, Sección Primera; constituida sobre la siguiente propiedad:----------

---"RUSTICA: Predio de terreno compuesto originalmente de Seis cuerdas, equivalentes a dos hectáreas, cincuenta y cinco áreas y ochenta centiáreas (veintitrés mil quinientos ochenta y tres punto cero cero metros cuadrados). El cual a virtud de segregación efectuada ha quedado reducida su cabida a uno punto cero cero cuerda, radicado en el barrio Lapa del municipio de Cayey, Puerto Rico. Lindando por el NORTE, con tierras de Manuel Orraca; por el SUR, con el Río Lapa; por el ESTE, con el resto de la finca de la que segrega esta porción; y por el OESTE, con tierras de Manuel Alsina".-------------------------------------------

---Enclava una casa.---------------------------------

---Consta inscrita al folio ciento cuarenta y cinco del tomo trescientos quince de Cayey, finca número

2

diez mil seiscientos sesenta y nueve, Registro de la Propiedad de Caguas, Sección Primera.----------

---**TERCERO**: Manifiesta **"LA DEUDORA"** que ha acordado con **"EL PRESTADOR"** aquí compareciente y actual tenedor del pagaré descrito en el párrafo **PRIMERO** y **SEGUNDO** de esta escritura ampliar y modificar la hipoteca antes relacionada por la suma de SEISCIENTOS OCHENTA Y DOS DOLARES CON CINCUENTA Y UN CENTAVOS ($682.51) para un total de CIENTO DIECINUEVE MIL SETECIENTOS TREINTA Y DOS DOLARES CON CINCUENTA Y UN CENTAVOS ($119,732.51).----------------------------

---**CUARTO**: El principal ascendente a la suma de CIENTO DIECINUEVE MIL SETECIENTOS TREINTA Y DOS DOLARES CON CINCUENTA Y UN CENTAVOS ($119,732.51) así ampliado, devengará de ahora en adelante por un término de veinticuatro (24) meses a un interés a razón de cuatro y medio por ciento (4 ½ %) anual pagadero el principal e intereses en plazos mensuales y consecutivos de Quinientos Treinta y Ocho Dólares con Veintisiete Centavos ($ 538.27) comenzando el primero (1ro) de enero de dos mil once (2011) y vencedero el primero (1ro) de diciembre de dos mil doce (2012); y pagará el término restante a un interés a razón de seis (6%) por ciento anual, pagadero el principal e intereses en plazos mensuales y consecutivos de Seiscientos Cincuenta y Cuatro Dólares con Ochenta y Cuatro Centavos ($654.84) en el primer día de cada mes comenzando el primero de enero de dos mil trece (2013) hasta que se pague totalmente la deuda evidenciada por el pagaré, excepto que la deuda restante, si no antes pagada, quedará vencida y pagadera el día primero de diciembre del año dos mil cincuenta (2050).-----------
------------------------------------------------------

---**QUINTO**: Se modifica el valor tasado de la propiedad para que sirva como tipo mínimo en la primera subasta en caso de ejecución a la suma de

CIENTO DIECINUEVE MIL SETECIENTOS TREINTA Y DOS DOLARES
CON CINCUENTA Y UN CENTAVOS ($119,732.51).-------------
---**SEXTO**: Se enmienda la cláusula SEGUNDO a los efectos
de que el diez por ciento (10%) para los tres (3)
créditos ejecutivos se computarán a base de la suma del
pagaré según ha sido ampliado.------------------------
---**SEPTIMO**: Las partes aclaran y acuerdan que esta
modificación no constituye una novación de la
hipoteca y ratifican en todas las demás cláusulas y
condiciones de la escritura de hipoteca número
cincuenta y seis (56) antes relacionada.------------
---**OCTAVO**: Es condición de esta escritura de
Ampliación y Modificación, que la misma deberá
quedar inscrita y la hipoteca modificada deberá
retener el primer rango que actualmente ostenta.
Manifiesta "**LA DEUDORA**" que no ha efectuado ninguna
transacción que pueda afectar el rango de la
hipoteca antes dicha y que de surgir alguna carga o
gravamen que pueda afectar el rango de la hipoteca
aquí modificada corregirá de inmediato la situación
para que se cumpla con lo aquí pactado y de lo
contrario Firstbank Puerto Rico podrá dejar sin
efecto esta escritura de ampliación y modificación
y podrá proceder a declarar vencida la hipoteca y
reclamar el saldo de la misma.--------------------
---**NOVENO**: Yo, el(la) Notario, **DOY FE**, de que se me
ha entregado por la entidad bancaria a través de la
oficial aquí compareciente el pagaré antes
relacionado del cual es dueño y tenedor y luego de
cerciorarme de la identidad de dicho pagaré
proceda a adherirle un "ALLONGE" suscrito por
ELIZABETH VEGA MENDOZA, notarizado bajo el
testimonio número tres mil setecientos ochenta y nueve----
(3,789).--------------------------------------------

4

de esta misma fecha, ante este fedatario, donde se expresa la ampliación y modificación de hipoteca bajo mi firma, rúbrica, signo y sello, Yo, el Notario devuelvo dicho pagaré con su "ALLONGE" adherido a su dueño y tenedor, Firstbank Puerto Rico.---------------------------------------

---**DECIMO**: Todos los demás términos del pagaré y de la escritura de hipoteca que no han sido modificados, quedan en toda su fuerza y vigor.-----

---**UNDECIMO**: Que en virtud de la presente escritura los comparecientes solicitan del Registrador de la Propiedad se tome la nota pertinente en cuanto a lo antes expresado.-----------------------------

---------- **IDENTIFICACION DE LA DEUDORA** ----------

---El Notario identifica a LOS DEUDORES mediante los siguientes documentos de identidad, los cuales contienes su foto y firma:--------------------

---Licencia de conducir mostrada voluntariamente por la ------ Deudora.--------------------------------------

-----------------------------------------------

-----------------------------------------------

-----------------------------------------------

-----------------------------------------------

-----------------------------------------------

-----------------------------------------------

------------------ **ACEPTACION** --------------------

---Tal es la escritura que aceptan los comparecientes por estar la misma redactada de acuerdo con sus instrucciones.--------------------

----------------- **OTORGAMIENTO** --------------------

--Así lo dicen y otorgan por ante mí, el Notario, de lo que **DOY FE**, luego de haber renunciado al

5

derecho que les advertí tenían para requerir la
presencia de testigos instrumentales.-------------
--Y leída que fue la presente escritura por los
otorgantes, se ratifican en su contenido por
hallarla conforme, estampan sus iniciales al margen
de todos los folios de su original y la firman
conmigo, el Notario, de todo lo que y de lo demás
que afirmo o refiero en este instrumento público,
Yo, el Notario, DOY FE.----------------------------

# ALLONGE

**Número de Préstamo:** _

**Cantidad Principal Original: $119,050.00**
**$119,732.51**

Conforme a la escritura número 2 de Modificación y Cancelación Parcial de Hipoteca (la "*Modificación*"), otorgada en esta misma fecha ante el (la) Notario suscribiente se modifica el pagaré (el "*Pagaré*") suscrito el **16 de febrero de 2007**, por **Elizabeth V~~~~~~~~~~~~ ~~~~~~~~~~~~ David Cardona Dingui**, la cual fue modificada el **17 de diciembre de 2~~~~~~~~~~~~~~~~~~~guez**; a los efectos de enmendar los siguientes términos y condicion~~~~~~~

A) la cantidad principal ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~ cantidad principal de **$117,248.16**;

B) la tasa de interés y el pago mensual de principal e interés se enmienda a los efectos de ser pagado como sigue:

--- Del **primero (1ero) de mayo de dos mil quince (2015)** al **primero (1ero) de abril de dos mil dieciséis (2016)** el pago mensual de principal e intereses será **quinientos cincuenta dólares con sesenta y tres centavos ($550.63)** calculados a razón de una tasa de interés anual del **cuatro punto cincuenta por ciento (4.50%) anual.**

--- Del **primero (1ero) de mayo de dos mil dieciséis (2016)** al **primero (1ero) de abril de dos mil diecisiete (2017)** el pago mensual de principal e intereses será **quinientos ochenta y seis dólares con noventa y seis centavos ($586.96)** calculados a razón de una tasa de interés anual del **cinco punto cero cero por ciento (5.00%) anual.**

--- Del **primero (1ero) de mayo de dos mil diecisiete (2017)** al **primero (1ero) de diciembre de dos mil cincuenta (2050)** el pago mensual de principal e intereses será **seiscientos veintitrés dólares con sesenta y un centavos ($623.61)** calculados a razón de una tasa de interés anual del **cinco punto cincuenta por ciento (5.50%) anual.**

C) La fecha del último pago de principal e intereses será el **1ro de diciembre de 2050**.

D) El término del préstamo será de **428 plazos mensuales**.

E) Los atrasos acumulados por concepto de interés y recargos durante los pasados **8 meses**, para un total de **$5,051.89**, serán satisfechos el **1ro de diciembre de 2050**.

Conforme al otorgamiento de la Modificación, del presente Allonge y la reducción en la cantidad principal adeudada, se hace constar que se cancela parcialmente la hipoteca por la suma de **$2,484.35**.

**No Novación.** Los Comparecientes reconocen que la presente modificación del Pagare y la Hipoteca no constituye una novación de la obligación representada por los mismos, quedando inalterados todos los demás términos y condiciones que no han sido expresamente modificados mediante esta escritura. Las enmiendas o cualquier otro acuerdo llevado a cabo en esta escritura no constituye una aceptación de las partes para llevar a cabo cualquier otra enmienda no especificada en esta escritura a los términos, condiciones u obligaciones del Pagaré y de la Hipoteca o de cualquier otro documento relacionado a dichos documentos. Tampoco constituye un relevo de cualquier término, condición u obligación del Pagaré o de la Hipoteca, según enmendados, o de cualquier otro documento relacionado a dichos documentos.

**PARA QUE ASI CONSTE**, firmamos la presente en San Juan, Puerto Rico, a los 30 días del mes de abril de 2015.

_Elizabeth Vega Mendoza_
Elizabeth Vega Mendoza

**Affidavit Número:** _____

Suscrito ante mí por **Elizabeth Vega Mendoza**, mayor de edad, soltera, propietaria y vecina de Cayey, Puerto Rico. Yo, la Notario doy fe que he identificado a la otorgante mediante su tarjeta electoral la cual muestra voluntariamente expedida por el Estado Libre Asociado de Puerto Rico la cual tiene su foto y firma, según los establece el Artículo 17(c) de la Ley 75 del dos (2) de julio de mil novecientos ochenta y siete (1987).

En San Juan, Puerto Rico, a 30 de abril de 2015.

_____
Notario Público

"ALLONGE"

Para ser adherido al Pagaré por un principal de CIENTO DIECINUEVE MIL CINCUENTA DOLARES ($119,050.00) a favor de E.M.I. Equity Mortgage Inc., cuyo acreedor actual es Firstbank Puerto Rico, o a su orden, garantizado con primera hipoteca mediante escritura número cincuenta y seis (56) de fecha dieciséis (16) de febrero de dos mil siete (2007) ante el Notario David Cardona Dingui, el cual lleva el testimonio número tres mil seiscientos ochenta y tres (3,683).

El Notario que suscribe DA FE, de que por escritura número --465-- de esta misma fecha ante este Fedatario se amplió y modificó el pagaré y la hipoteca que lo garantiza a los efectos de que el principal del referido pagaré es aumentado por la suma de SEISCIENTOS OCHENTA Y DOS DOLARES CON CINCUENTA Y UN CENTAVOS ($ 682.51) para un total de CIENTO DIECINUEVE MIL SETECIENTOS TREINTA Y DOS DOLARES CON CINCUENTA Y UN CENTAVOS ($119,732.51), y pagará de ahora en adelante por un término de veinticuatro (24) meses a un interés a razón de cuatro y medio por ciento (4 ½ %) anual pagadero el principal e intereses en plazos mensuales y consecutivos de Quinientos Treinta y Ocho Dólares con Veintisiete Centavos ($538.27) comenzando el primero (1ro) de enero de dos mil once (2011) y vencedero el primero (1ro) de diciembre de dos mil doce (2012); y pagará el término restante a un interés a razón de seis (6 %) por ciento anual, pagadero el principal e intereses en plazos mensuales y consecutivos de Seiscientos Cincuenta y Cuatro Dólares con Ochenta y Cuatro Centavos ($ 654.84) en el primer día de cada mes comenzando el primero de enero de dos mil trece (2013) hasta que se pague totalmente la deuda evidenciada por el pagaré, excepto que la deuda restante, sí no antes pagada, quedará vencida y pagadera el día primero de diciembre del año dos mil cincuenta (2050).

Toda referencia al Pagaré y su "Allonge" se entenderá como que se refiere al Pagaré según ha sido modificado por este "Allonge".

En San Juan, Puerto Rico, a 17 de diciembre de 2010.



ELIZABETH VEGA MENDOZA
Licencia de Conducir

Testimonio Número: <u>3,789</u>

Suscrito y reconocido ante mí, hoy 17 de diciembre de 2010, en la ciudad de San Juan, Puerto Rico, por la arriba firmante, quien es mayores de edad, soltera, propietaria y vecina de Cayey, Puert Rico, a quien he identificado mediante documento arriba indicado.

EDUARDO J. NAVARRO PLÜGUEZ
C.A.B.J.
ABOGADO-NOTARIO

**ESTUDIOS**
**LEGALES**
**LLC**

**ESTUDIO DE TITULO**

TEL. (787) 946-4570
(787) 946-4580
FAX. (787) 963-0372
tsestudioslegales@gmail.com

**ROBERTSON, ANSCHUTZ & SCHNEID, P.L     JORDAN IANNACE**

**CASO:**

**FINCA: 10,669, inscrita al folio 145 del tomo 315 de Cayey,**
**Registro de la Propiedad de Caguas, Sección I.**

**DESCRIPCION:**

**RUSTICA:** Predio de terreno compuesto originalmente de 6 cuerdas, equivalentes a 2 hectáreas, 55 áreas y 80 centiáreas (23,583.00 metros cuadrados). El cual a virtud de segregación efectuada ha quedado reducida su cabida a 1.00 cuerda, radicado en el Barrio Lapa del municipio de Cayey, Puerto Rico. Lindando por el Norte, con tierras de Manuel Orraca; por el Sur, con el Rio Lapa; por el Este, con el resto de la finca de la que se segrega esta porción; y por el Oeste, con tierras de Manuel Alsina.

Enclava una casa.

**TRACTO REGISTRAL:**

Se segrega de la finca 2,063, inscrita al folio 183 del tomo 38 de Cayey.

**DOMINIO:**

Consta inscrita a favor de **ELIZABETH VEGA MENDOZA, menor de edad, soltera, emancipada por escritura numero 4, otorgada en San Juan el 16 de febrero del 2007, ante el Notario Carlos Roman Fiol,** quien adquiere por compra a Otilio Vega Morales y su esposa Eliza López Martínez, por el precio de $120,000.00, según consta de la escritura número 5, otorgada en San Juan el 16 de febrero de 2007, ante el notario Carlos Ramírez Fiol, inscrita al folio 118 del tomo 555 de Cayey, finca 10,669, inscripción 7ma.

**GRAVAMENES:**

Afecta por su procedencia a:

1. Servidumbres
2. Condiciones Restrictivas de Edificación y Uso

Afecta por si a:

**1. HIPOTECA:** En garantía de un pagare a favor de EMI Equity Mortgage Inc., o a su orden, por la suma de $119,050.00, intereses al 6.00% anual y vencedero el 1 de marzo de 2037, según consta de la escritura número 56, otorgada en San Juan, el 16 de febrero de 2007, ante el notario David Cardona Dingui, inscrito al folio 118 del tomo 553 de Cayey, finca 10669, inscripción 7ma. Presentada el 7 de diciembre del 2007. Inscrita el 16 de enero de 2008.

**2. MODIFICIACION Y AMPLIACION DE HIPOTECA:** Se modifica la hipoteca por la suma de $119,050.00, ampliada por la suma de $682.51, para un nuevo principal de $119,732.51, intereses al 4.50% anual, a vencer el 1 de diciembre de 2037, según consta de la escritura numero 461, otorgada en San Juan el 17 de diciembre del 2010, ante el notario Eduardo J. Navarro Pluguez, inscrito al folio 118 del tomo 555 de Cayey, finca 10669, inscripción 8va. Presentado el 2 de marzo de 2011, Inscrito el 29 de febrero de 2012.

**DOCUMENTO PRESENTADO:**

1. Al asiento 927 del diario 1187, el 24 de junio de 2015, se presenta escritura número



ESTUDIOS
LEGALES
LLC    ESTUDIO DE TITULO

TEL. (787) 946-4570
(787) 946-4580
FAX. (787) 963-0372
tsestudioslegales@gmail.com

**ROBERTSON, ANSCHUTZ & SCHNEID, P.L**    **JORDAN IANNACE**

CASO: ´

**FINCA: 10,669, inscrita al folio 145 del tomo 315 de Cayey,**
     **Registro de la Propiedad de Caguas, Sección I.**

**SEGUNDA PÁGINA:**

139, otorgada en San Juan, el 30 de abril de 2015, ante el notario Laura Cristina Rivera Sorrentini, sobre Modificación y cancelación parcial de hipoteca, por la suma de $117,248.16. Informacion tomada del Diario. PENDIENTE DE CALIFICACION Y DESPACHO.

**"LA LEY 216 DEL 27 DE DICIEMBRE DE 2010 NO COBIJA LA INSCRIPCION INMEDIATA DE ESTOS DOCUMENTOS, YA QUE LOS MISMOS SON DOCUMENTOS PRESENTADOS POSTERIOR AL 30 DE ABRIL DE 2010, DOCUMENTOS QUE CREARAN FINCAS NUEVAS Y/O LAS EXCEPCIONES DE LA LEY."**

**ESTA SECCION DEL REGISTRO TIENE ATRASO EN LA ENTRADA DE DATOS DE SU SISTEMA DE BITACORA, LIBROS DE EMBARGOS Y SENTENCIAS.**

**Nota: Se hace constar que las anotaciones de los Embargos y/o Sentencias en el Sistema Karibe no siempre son localizados, por lo tanto no nos hacemos responsables de errores u omisiones de los mismos.**

**REVISADOS: Libro de Sentencias, Embargos Federales, Estatales, Bitácora y Karibe, por computadora, hoy 25 de agosto de 2019.**

**TS ESTUDIOS LEGALES LLC.**
**jcg/ap (rg)**



EXHIBIT III

# STATEMENT OF ACCOUNT

**Loan Number**: ***4852                          August 24, 2022

**Debtors**:  VEGA-MENDOZA ELIZABETH     and  _____

    **Filing date**:  2/17/2021          **Bankruptcy case**:  21-00479-MCF13

**Post-Petition Arrears:**

               **Due**    3/1/2021 - 8/1/2022

| | | |
|---|---|---|
| 18 | Payments @ $ 648.11 | $11665.98 |
| 18 | Late Charge @ $ 24.94 | $448.92 |
| | Attorney Fees | $300 |
| | Filing Fee | $188 |
| | **Total** | $**12602.9** |

**Principal Balance**    $**119045.52**

> **Note:**
> All re-installment payments must
> include up to the current month,
> legal fees and late charges.

I, the undersigned, declare under penalty of perjury that the amounts claimed by Movant in the foregoing Request for Lift of Stay, represent accurately the information kept in accounting books and records by Movant in the ordinary course of business. I further declare under penalty of perjury that I have read the foregoing Motion from the Automatic Stay and that the facts alleged are true and correct to the best of my knowledge.

Bankruptcy Specialist

**EXHIBIT IV**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

CASE NO. **21-00479-MCF**

**ELIZABET VEGA MENDOZA**

**DEBTOR**                                          Chapter 13

## MOTION TO SUBMIT AN AMENDED CHAPTER 13 PLAN

**TO THE HONORABLE COURT**:

    **COMES NOW**, debtor **ELIZABET VEGA MENDOZA**, through the undersigned

attorney and respectfully avers and prays:

1.   The debtor is submitting an amended chapter 13 plan to provide for creditors and to

    correct plan payments.

    **WHEREFORE**, the debtor prays that the Court considers for confirmation the

amended chapter 13 plan dated November 3, 2021.

    **CERTIFICATE OF SERVICE:** I hereby certify that on this date, I electronically filed

the foregoing with the Clerk of the Court using the CM/ECF System which will send notification

of such filing to all participants using the CM/ECF System and I hereby certify that I have

mailed by first class mail, United States Postal Service the documents to the following non

CM/ECF participants as per the attached mailing list.

In Sabana Grande, Puerto Rico this 3 day of November, 2021.

*/s/ Peter A. Santiago González*
PETER A. SANTIAGO GONZALEZ, ESQ
USDC-PR 304201
Attorney for Debtor
PO Box 1414
Sabana Grande, P.R. 00637
Phone (787) 396-9029
Quiebrapr@gmail.com

## UNITED STATES BANKRUPTCY COURT
### District of Puerto Rico, San Juan Division

In Re
**VEGA MENDOZA, ELIZABET**

XXX-XX-**1408**

XXX-XX-

**Puerto Rico Local Form G**

**Chapter 13 Plan dated** <u>11/03/2021</u>

Case No: 21-00479-MCF

Chapter 13

[ **X**] Check if this is a pre-confirmation amended plan.

[  ] Check if this is a post confirmation amended plan
    Proposed by:
        [**X** ] Debtor(s)
        [  ] Trustee
        [  ] Unsecured creditor(s)

[ **X** ] If this is an amended plan, list below the sections of the plan that have been changed.

PART II: Section 2.1 to correct plan payments.
PART III: Section 3.1 to provide for creditor.

---

## PART 1 Notices

**To Debtors:**    **This form sets out options that may be appropriate in some cases, but the presence of an option on the form does not indicate that the option is appropriate in your circumstances or that it is permissible in your judicial district. Plans that do not comply with local rules and judicial rulings may not be confirmable.**

*In the following notice to creditors, you must check each box that applies.*

**To Creditors:**    **Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated.**

You should read this plan carefully and discuss it with your attorney if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one. The headings contained in this plan are inserted for reference purposes only and shall not affect the meaning or interpretation of this plan.

**If you oppose the plan's treatment of your claim or any provision of this plan, you or your attorney must file an objection to confirmation at least 7 days before the date set for the hearing on confirmation, unless otherwise ordered by the Bankruptcy Court.** The Bankruptcy Court may confirm this plan without further notice if no objection to confirmation is filed. See Bankruptcy Rule 3015. In addition, you must file a timely proof of claim in order to be paid under this plan, unless ordered otherwise.

If a claim is withdrawn by a creditor or amended to an amount less than the amount already disbursed under the plan on account of such claim: (1) The trustee is authorized to discontinue any further disbursements to related claim; (2) The sum allocated towards the payment of such creditor's claim shall be disbursed by the trustee to Debtor's remaining creditors. (3) If such creditor has received monies from the trustee (Disbursed Payments), the creditor shall return funds received in excess of the related claim to the trustee for distribution to Debtor's remaining creditors. (4) If Debtor has proposed a plan that repays his or her creditors in full, funds received in excess of the related claim shall be returned to the Debtor.

The following matters may be of particular importance. Debtor(s) must check one box on each line to state whether or not the plan includes each of the following items. If an item is checked as "Not included" or if both boxes are checked, the provision will be ineffective if set out later in the plan.

| 1.1 | A limit on the amount of a secured claim, set out in Section 3.2, which may result in a partial payment or no payment at all to the secured creditor | [ ] Included | [X] Not included |
|---|---|---|---|
| 1.2 | Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section 3.4 | [ ] Included | [X] Not included |
| 1.3 | Nonstandard provisions, set out in Part 8 | [X] Included | [ ] Not included |

## PART 2: Plan Payments and Length of Plan

**2.1 Debtor(s) will make payments to the trustee as follows:**

| PMT Amount | Period(s) | Period(s) Totals | Comments |
|---|---|---|---|
| 320.00 | 6 | 1,920.00 | |
| 340.00 | 2 | 680.00 | |
| 375.00 | 52 | 19,500.00 | |
| Subtotals | 60 | 22,100.00 | |

*Insert additional lines if needed*

If fewer than 60 months of payments are specified, additional monthly payments will be made to the extent necessary to make the payments to creditors specified in this plan.

**2.2 Regular payments to the trustee will be made from future income in the following manner:**

*Check all that apply.*
[ ] Debtor(s) will make payments pursuant to a payroll deduction order.
[X] Debtor(s) will make payments directly to the trustee.
[ ] Other (specify method of payment): _____

**2.3 Income tax refunds:**

Debtor(s) will supply the trustee with a copy of each income tax return filed during the plan term within 14 days of filing the return and will comply with 11 U.S.C. § 1325(b)(2). If the Debtor(s) need(s) to use all or a portion of such "Tax Refunds," Debtor(s) shall seek court authorization prior to any use thereof.

**2.4 Additional payments:**

*Check one.*
[X] None. *If "None" is checked, the rest of § 2.4 need not be completed or reproduced.*

## PART 3: Treatment of Secured Claims

**3.1 Maintenance of payments and cure of default, if any.**

*Check one.*
[ ] **None**. *If "None" is checked, the rest of § 3.1 need not be completed or reproduced.*

[X] The Debtor(s) will maintain the current contractual installment payments on the secured claims listed below, with any changes required by the applicable contract and noticed in conformity with any applicable rules. These payments will be disbursed either by the trustee or directly by the Debtor(s), as specified below. Any existing arrearage on a listed claim will be paid in full through disbursements by the trustee, with interest, if any, at the rate stated, pro-rated unless a specific amount is provided below. Unless otherwise ordered by the court, the amounts listed on a proof of claim filed before the filing deadline under Bankruptcy Rule 3002(c) control over any contrary amounts listed below as to the current installment payment and arrearage. In the absence of a contrary timely filed proof of claim, the amounts stated below are controlling. If relief from the automatic stay is ordered as to any item of collateral listed in this paragraph, then, unless otherwise ordered by the court, all payments under this paragraph as to that collateral will cease, and all secured claims based on that collateral will no longer be treated by the plan. The final column includes only payments disbursed by the trustee rather than by the Debtor(s).

| Name of creditor | Collateral | Current installment payments (Including escrow) | Amount of Arrearage (If any) | Interest rate on arrearage (If any) | Monthly plan PMT on arrearage | Estimated total payments by trustee |
|---|---|---|---|---|---|---|
| **FIRST BANK DE PR** | ST 1 KM 65.0 LAPA WARD, CAYEY, PR 00736 | 653.00 | 16,795.38 | 0.00% | | 16,795.38 |
| | | Disbursed by: [ ] Trustee [X] Debtor(s) | | Months | Starting on Plan Month | |

*Insert additional claims as needed.*

**3.2 Request for valuation of security, payment of fully secured claims, and modification of undersecured claims.**

*Check one.*

[X]  **None**. *If "None" is checked, the rest of § 3.2 need not be completed or reproduced.*

**3.3  Secured claims excluded from 11 U.S.C. § 506.**

> *Check one.*
> [X]  **None**. *If "None" is checked, the rest of § 3.3 need not be completed or reproduced.*

**3.4  Lien Avoidance.**

> *Check one.*
> [X]  **None**. *If "None" is checked, the rest of § 3.4 need not be completed or reproduced.*

**3.5  Surrender of collateral.**

> *Check one.*
> [X]  **None**. *If "None" is checked, the rest of § 3.5 need not be completed or reproduced.*

**3.6  Pre-confirmation adequate protection monthly payments ("APMP") to be paid by the trustee.**
[  ]   Payments pursuant to 11 USC §1326(a)(1)(C):

| *Name of secured creditor* | *$ Amount of APMP* | *Comments* |
|---|---|---|
| **None** | | |

*Insert additional lines as needed.*

> Pre-confirmation adequate protection payments made through the plan by the trustee are subject to the corresponding statutory fee.

**3.7  Other secured claims modifications.**

> *Check one.*
> [ X ]**None**. *If "None" is checked, the rest of § 3.7 need not be completed or reproduced.*

*Insert additional lines as needed.*

## PART 4: Treatment of Fees and Priority Claims

**4.1  General**

> Trustee's fees and all allowed priority claims, including domestic support obligations other than those treated in § 4.5, will be paid in full without postpetition interest.

**4.2  Trustee's fees**
> Trustee's fees are governed by statute and may vary during the term of the plan, nevertheless are estimated for confirmation purposes to be 10 % of all plan payments received by the trustee during the plan term.

**4.3  Attorney's fees**

> *Check one.*

> [X]  **Flat Fee**: Attorney for Debtor(s) elect to be compensated as a flat fee for their legal services, up to the plan confirmation, according to LBR 2016-1(f).

> **OR**

> [  ]  **Fee Application**: The attorneys' fees amount will be determined by the court, upon the approval of a detailed application for fees and expenses, filed not later than 14 days from the entry of the confirmation order.

| | |
|---|---|
| Attorney's fees paid pre-petition: | **$ 1,000.00** |
| Balance of attorney's fees to be paid under this plan are estimated to be: | **$ 3,000.00** |
| If this is a post-confirmation amended plan, estimated attorney 's fees: | **$ 0.00** |

**4.4  Priority claims other than attorney's fees and those treated in §§ 4.5, 4.6.**

> *Check one.*
> [X]  **None**. *If "None" is checked, the rest of § 4.4 need not be completed or reproduced.*

**4.5** **Domestic support obligations assigned or owed to a governmental unit and paid less than full amount.**

*Check one.*
[X] **None**. *If "None" is checked, the rest of § 4.5 need not be completed or reproduced.*

**4.6** **Post confirmation property insurance coverage**

*Check one.*
[X] **None**. *If "None" is checked, the rest of § 4.6 need not be completed or reproduced.*

## PART 5: Treatment of Nonpriority Unsecured Claims

**5.1** **Nonpriority unsecured claims not separately classified.**

Allowed nonpriority unsecured claims that are not separately classified will be paid pro rata. If more than one option is checked, the option providing the largest payment will be effective.

*Check all that apply.*

[ ] The sum of $ _____.

[ ] _____% of the total amount of these claims, an estimated payment of $ _____.

[ ] The funds remaining after disbursements have been made to all other creditors provided for in this plan.

[X] If the estate of the Debtor(s) were liquidated under chapter 7, nonpriority unsecured claims would be paid approximately $ **0.00**.

**5.2** **Maintenance of payments and cure of any default on nonpriority unsecured claims.**

*Check one.*
[X] **None**. *If "None" is checked, the rest of § 5.2 need not be completed or reproduced.*

**5.3** **Other separately classified nonpriority unsecured claims.**

*Check one.*
[X] **None**. *If "None" is checked, the rest of § 5.3 need not be completed or reproduced.*

## PART 6: Executory Contracts and Unexpired Leases

**6.1** The executory contracts and unexpired leases listed below are assumed and will be treated as specified. All other executory contracts and unexpired leases are rejected.

*Check one.*
[X] **None**. *If "None" is checked, the rest of § 6.1 need not be completed or reproduced.*

## PART 7: Vesting of Property of the Estate & Plan Distribution Order

**7.1** **Property of the estate will vest in the Debtor(s) upon**

*Check the applicable box:*

[X] Plan confirmation.
[ ] Entry of discharge.
[ ] Other: _____

**7.2** **Plan distribution by the trustee will be in the following order:**
*(The numbers below reflect the order of distribution; the same number means prorated distribution among claims with the same number.)*

1. Distribution on Adequate Protection Payments (Part 3, Section 3.6)
1. Distribution on Attorney's Fees (Part 4, Section 4.3)
1. Distribution on Secured Claims (Part 3, Section 3.1) – *Current contractual installment payments*
2. Distribution on Post Confirmation Property Insurance Coverage (Part 4, Section 4.6)

2. Distribution on Secured Claims (Part 3, Section 3.7)
2. Distribution on Secured Claims (Part 3, Section 3.1) – *Arrearage payments*
3. Distribution on Secured Claims (Part 3, Section 3.2)
3. Distribution on Secured Claims (Part 3, Section 3.3)
3. Distribution on Secured Claims (Part 3, Section 3.4)
3. Distribution on Unsecured Claims (Part 6, Section 6.1)
4. Distribution on Priority Claims (Part 4, Section 4.4)
5. Distribution on Priority Claims (Part 4, Section 4.5)
6. Distribution on Unsecured Claims (Part 5, Section 5.2)
6. Distribution on Unsecured Claims (Part 5, Section 5.3)
7. Distribution on General Unsecured claims (Part 5, Section 5.1)

Trustee's fees are disbursed before each of the distributions above described pursuant to 28 U.S.C. § 586(e)(2).

## PART 8: Nonstandard Plan Provisions

**8.1     Check "None" or list the nonstandard plan provisions**

**[ ]  None.** *If "None" is checked, the rest of Part 8 need not be completed or reproduced.*

*Under Bankruptcy Rule 3015(c), nonstandard provisions must be set forth below. A nonstandard provision is a provision not otherwise included in the Official Form or deviating from it. Nonstandard provisions set out elsewhere in this plan are ineffective.*

**Each paragraph below must be numbered and labeled in boldface type, and with a heading stating the general subject matter of the paragraph.**

The following plan provisions will be effective only if there is a check in the box "Included" in § 1.3.
**8.2 THIS SECTION MODIFIES LBF-G, PART 2, SECTION 2.3: INCOME TAX REFUNDS TO BE USED TO FUND THE PLAN: TAX REFUNDS WILL BE DEVOTED EACH YEAR, AS PERIODIC PAYMENTS, TO FUND THE PLAN UNTIL THE PLAN'S COMPLETION. THE TENDER OF SUCH PAYMENTS SHALL DEEM THE PLAN MODIFIED BY SUCH AMOUNT, INCREASING THE BASE WITHOUT THE NEED OF FURTHER NOTICE, HEARING OR COURT ORDER.  IF THE DEBTOR(S) NEED(S) TO THE USE ALL OR PORTION OF SUCH "TAX REFUNDS", DEBTOR(S) SHALL SEEK COURT'S AUTHORIZATION PRIOR TO ANY USE OF FUN**

**8.3 THIS SECTION MODIFIES LBF-G, PART 3: RETENTION OF LIEN: THE LIEN HOLDER OF ANY ALLOWED SECURED CLAIM, PROVIDED FOR BY THE PLAN, IN ITS PART 3, WILL RETAIN ITS LIEN ACCORDING TO THE TERMS AND CONDITIONS REQUIRED BY 11 USC 1325(A)(5)(B)(I)(I) & (II).**

*Insert additional lines as needed.*

## PART 9: Signature(s)

/s/ Peter A. Santiago Gonzalez
_____          Date **November 3, 2021**
**Signature of attorney of Debtor(s)**

/s/ ELIZABET VEGA MENDOZA
_____          Date **November 3, 2021**

_____          Date **November 3, 2021**
Signature(s) of Debtor(s) (required if not represented by an attorney; otherwise
optional)

**By filing this document, the attorney for Debtor(s) or Debtor(s) themselves, if not represented by an attorney, also certify(ies) that the wording and order of the provisions in this chapter 13 plan are identical to those contained in Local Form G (LBF-G), other than any nonstandard provisions included in Part 8.**



**Status Report
Pursuant to Servicemembers Civil Relief Act**

**EXHIBIT V**

SSN:      XXX-XX-1408

Birth Date:

Last Name:      VEGA MENDOZA

First Name:      ELIZABETH

Middle Name:

Status As Of:      Sep-09-2022

Certificate ID:      2QXX2NP3677LZZ8

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

*Michael V. Sorrento*

Michael V. Sorrento, Director
Department of Defense - Manpower Data Center
400 Gigling Rd.
Seaside, CA 93955

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense (DoD) that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. § 3901 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service. Service contact information can be found on the SCRA website's FAQ page (Q35) via this URL: https://scra.dmdc.osd.mil/scra/#/faqs. If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. § 3921(c).

This response reflects the following information: (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days  preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"

Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d) (1).  Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available.  In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds.  All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support.  This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs).  Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate.  SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods. Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC § 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction.  The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING:  This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester.  Providing erroneous information will cause an erroneous certificate to be provided.